# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 26-5120; 26-5121; 26-5132

**Case Name** Meta v. Bonta; TikTok v. Bonta; Google and Youtube v. Bonta

Requesting Party Name(s) City and County of San Francisco

I am:
- ○ The party requesting the extension.
- ◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: October 20, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see attached letter.

**Signature** /s/Kaitlyn M. Murphy **Date** September 24, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- (●) I have **NOT** filed a previous request to extend time to file the document.
- ( ) I have previously requested an extension of time to file the document.

This motion is my [          ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

- ( ) The defendant is incarcerated. The projected release date is: [          ].
- ( ) The petitioner is detained.
- ( ) The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [          ] **Date** [          ]
*(use "s/[typed name]" to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the amicus brief.
*(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: Oct 13, 2026

3. The brief's first due date was: Oct 13, 2026

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

Please see attached letter.

5. The position of the other party/parties regarding this request is:

☐ Unopposed.

☐ Opposed by *(name of party/parties opposing this motion):*

☒ Unknown. I am unable to verify the position of the other party/parties because:

San Francisco contacted Appellants on 09/22/2026 asking if they oppose the extension request. As of 9:00a.m. 09/24/2026, Appellants have not responded

6. ☒ The court reporter is not in default with regard to any designated transcripts.

If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/Kaitlyn M. Murphy **Date** September 24, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

CITY AND COUNTY OF SAN FRANCISCO
DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY
DAVID LOUK
Deputy City Attorney

Direct Dial: (415) 355-3314
Email: david.louk@sfcityatty.org

September 24, 2026

Dear Clerk of Court,

Federal Rule of Appellate Procedure 29(a)(6) authorizes the Court to permit an amicus brief to be filed after the ordinary deadline, and Rule 26(b) authorizes the Court to extend a filing deadline for good cause. Good cause exists here. The requested extension is short, is sought well in advance of the current deadline, and will facilitate rather than delay the efficient presentation of the issues to the Court.

First, the extension will help ensure that the proposed amicus brief provides useful, nonduplicative assistance to the Court. San Francisco intends to offer the perspective of California local governments rather than repeat arguments already presented by Appellee. To do so effectively, counsel must be able to review Appellee's completed October 6 brief and determine which issues warrant additional treatment from the amici. That objective directly advances this Court's guidance that amicus briefs "should not repeat arguments or factual statements made by the parties." 9th Cir. R. 29-1 advisory committee note.

Second, the requested extension will facilitate the goal of filing a single, coordinated submission by multiple governmental amici, for San Francisco intends to prepare the amicus on behalf of a coalition of California municipalities. The same Advisory Committee Note encourages prospective amici to submit a joint brief rather than multiple briefs raising overlapping points. Counsel is presently coordinating with several California municipalities that are considering joining San Francisco's filing. Because each participating governmental entity must review and approve the filing, completing that process while simultaneously taking into consideration Appellee's October 6 brief within the ordinary seven-day amicus period would be difficult notwithstanding counsel's diligence. A seven-day extension will permit the prospective amici to coordinate their presentation and, if they elect to participate, present their views in a single brief.

Third, the requested extension will not prejudice the parties or disturb the Court's expedited briefing schedule. San Francisco does not seek an alteration of Appellee's October 6 deadline or Appellants' October 27 reply deadline. If the requested extension is granted, the proposed amicus brief will be filed on October 20, leaving Appellants a full week before their replies are due to consider San Francisco's filing. The extension therefore affords San Francisco the limited additional time necessary to prepare a useful joint amicus submission without extending the overall briefing schedule.

For these reasons, San Francisco respectfully requests that the Court extend the deadline through October 20, 2026, for San Francisco and any other California municipalities joining its filing to submit an amicus curiae brief under Federal Rule of Appellate Procedure 29(a)(2), or, if necessary, a motion for leave to file an amicus curiae brief under Rule 29(a)(3) accompanied by the proposed brief.

San Francisco contacted Appellants counsel in these consolidated appeals (26-5120, 26-5121, 26-5432) on Tuesday September 22, 2026. The communication informed Appellants San Francisco intended to seek a short, seven-day extension of the amicus deadline from October 13 to October 20 and inquired whether Appellants oppose the request. As of 9:00 a.m. on Thursday September 24, 2026, Appellants have not responded to San Francisco's request.

Very truly yours,

DAVID CHIU
City Attorney

/s/*David Louk*

DAVID LOUK
Deputy City Attorney