Nos. 26-5120, 26-5121, 26-5132

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

META PLATFORMS, INC.,
*Plaintiff-Appellant*,

v.

ROB BONTA, in his official capacity as Attorney General of California,
*Defendant-Appellee*.

TIKTOK, INC. and TIKTOK USDS JOINT VENTURE LLC,
*Plaintiffs-Appellants*,

v.

ROB BONTA, in his official capacity as Attorney General of California,
*Defendant-Appellee*.

GOOGLE LLC and YOUTUBE, LLC,
*Plaintiffs-Appellants*,

v.

ROB BONTA, in his official capacity as Attorney General of California,
*Defendant-Appellee*.

**On Appeal from the United States District Court for the Northern District of California**
Nos. 5:25-cv-09789-EJD, -09792-EJD, -09795-EJD
The Honorable Edward J. Davila

# DEFENDANT-APPELLEE'S CONSOLIDATED SUPPLEMENTAL EXCERPTS OF RECORD

**VOLUME 9 OF 9 [FILED UNDER PROVISIONAL SEAL]**

# EXHIBIT M985-A

## (FILED UNDER SEAL)
## NOT REDACTED BY DEFENDANT

**REDACTIONS WERE IN ORIGINAL DOCUMENT PRODUCED BY META TO DEFENDANT**

- [redacted]

[redacted]

## V. Meta's Algorithms

### A. Overview of recommendation algorithms

71. Meta's products include Instagram and Facebook, which I understand are the subject of the instant lawsuit and therefore my focus in this section. Instagram and Facebook each have multiple surfaces through which users can interact with the platform. Some of these surfaces are powered by ranking algorithms, and others, such as Direct Messages, are not. Table 2 identifies the main surfaces of Instagram and Facebook that utilize ranking algorithms.

**Table 2: Facebook and Instagram surfaces that use ranking algorithms**

| Product | Surface | Launch date | What is shown |
|---|---|---|---|
| Facebook | Feed | 2006;[7] ranking introduced in 2010[8] | Posts from accounts the user does and doesn't follow |
| Facebook | Reels | 2021 (launched with ranking)[9] | Short videos, mainly from accounts user doesn't follow |
| Instagram | Feed | 2010;[10] ranking introduced 2016[11] | Mainly posts from accounts user follows |
| Instagram | Explore | 2012 (launched with ranking)[12] | Mainly posts from accounts user doesn't follow |
| Instagram | Reels | 2020 (launched with ranking)[13] | Short videos, mainly from accounts user doesn't follow |

72. The posts shown on each of the surfaces identified in this table may be quite different, as are the surfaces' user interfaces. However, their underlying algorithmic logic is

[7] Meta. Our History. Meta.com. https://www.meta.com/about/company-info/. Last visited Mar. 13, 2025; Mosseri. Building a Better News Feed for You. about.fb.com. Jun. 29, 2016. https://about.fb.com/news/2016/06/building-a-better-news-feed-for-you/.

[8] META3047MDL-065-00143238; Kincaid. EdgeRank: The Secret Sauce That Makes Facebook's News Feed Tick. TechCrunch. Apr. 22, 2010. https://techcrunch.com/2010/04/22/facebook-edgerank/; Kincaid. Hacking The Graph: Live From Facebook's f8 Conference. Apr. 21, 2010. https://techcrunch.com/2010/04/21/hacking-the-graph-live-from-facebooks-f8-conference/.

[9] Facebook. Launching Reels on Facebook in the US. Sept. 29, 2001. https://about.fb.com/news/2021/09/launching-reels-on-facebook-us.

[10] Mosseri. Shedding More Light on How Instagram Works. about.instagram.com. Jun. 8, 2021. https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works.

[11] Constine. Instagram is switching its feed from chronological to best posts first. TechCrunch. Mar. 15, 2016. https://techcrunch.com/2016/03/15/filteredgram/; See the Moments You Care About First. Instagram. Mar. 15, 2016. https://web.archive.org/web/20160315223405/http://blog.instagram.com/post/141107034797/160315-news.

[12] Constine. Instagram's New "Explore" Brings The Future Of Photo Discovery Into Focus. TechCrunch. Jun. 25, 2012. https://techcrunch.com/2012/06/25/instagram-explore/.

[13] Alexander. Instagram launches Reels, its attempt to keep you off TikTok. The Verge. Aug. 5, 2020. https://www.theverge.com/2020/8/5/21354117/instagram-reels-tiktok-vine-short-videos-stories-explore-music-effects-filters.

similar. Indeed, the descriptions in the previous section of how algorithmic recommendation works apply broadly to the surfaces in the table, as of the date that machine-learning-based ranking was introduced in each case.

73. Through discovery in this case, Meta has provided extensive detail about 15 ranking and recommendation systems that operate on Facebook and Instagram.[14] For Facebook, these are: (1) Feed, (2) In-Feed Recommendations, (3) Pages You May Like, (4) Suggested Groups, (5) Video, (6) Reels, (7) Stories, and (8) Notifications. For Instagram, these are: (9) Reels, (10) In-Feed Recommendations, (11) Feed, (12) Explore, (13) Stories, (14) Notifications, and (15) Search.

74. Meta's interrogatory response explains that its recommendation systems operate in two main stages: candidate generation (also called "retrieval") and ranking. The first stage retrieves thousands of posts from among the universe of "millions or even billions" that could be recommended.[15] The second stage then ranks this subset to present to the user.[16]

75. Some further detail about the second, ranking stage of the system is warranted. At this stage, the model considers a variety of *input signals* about the user and each of the posts gathered during the retrieval stage. These signals are used to make *predictions* regarding the user's likelihood of engaging with the post in various ways (i.e. "the probability that the [post] will be liked, shared, or commented on").[17] Those predictions are then weighted depending on importance, with the weights themselves sometimes derived by applying a machine learning system that has been tuned to prioritize engagement, and summed to obtain a final Ranking Score. The posts are presented in the order of their Ranking Score.

76. Meta's interrogatory response presents information about the top predictions used by each of Meta's ranking systems, including Facebook In-Feed Recommendations, Instagram In-

[14] Meta Third Supp. Response to Interrog. 2.

[15] Meta Third Supp. Response to Interrog. 2 at 9.

[16] Presentation of ranked content is subject to the outcomes of Meta's separate content moderation algorithms, discussed in later subsections.

[17] Meta Third Supp. Response to Interrog. 2 at 10.

Feed Recommendations, and Instagram Reels. My review of this information indicates that the vast majority of such predictions (or signals) concern user behavior and attributes rather than an evaluation of the "content" of the post (let alone its subjective quality).

77. As noted above, during the ranking stage of the two-step process, each of the above predictions is generated for each post identified during the retrieval stage. Importantly, though, these predictions are then *weighted* before they are summed to arrive at the post's Ranking Score. Meta's interrogatory response does not provide information about these weights for any of its recommendation systems. However, I have seen examples of such weights in internal company documents. For instance, the weights for the Instagram Reels algorithm at one point in time were specified as shown below.

**Figure 3: Excerpt from META3047MDL-014-00405864 at META3047MDL-014-00405875**

VM base score = 1.5 * p(like) + 1.6 * p(reshare) + 3 * p(profile visit) + 3.5 * p(save) + 9 * p(follow) + 20 * p(comment) + 3 * p(transferred cover click) + 0.4 * p(transferred cover video complete) + 1.2 * p(video complete) + 0.2 * p(swipe forward) + 0.9 * p(repeat) + 1.3 * E(log time) - 1.0 * p(skip) + [20 * p(use audio) + 15 * p(save audio) + 5 * p(use effect) + 0.03] *p(producer) boost

| Weight | Term | Category | Weight | Term | Category |
|---|---|---|---|---|---|
| 20.0 | Comment | Consumer | 1.6 | Reshare | Consumer |
| 20.0 | Use audio | Producer | 1.5 | Like | Consumer |
| 15.0 | Save audio | Producer | 1.3 | Log time | Consumer |
| 9.0 | Follow | Consumer | 1.2 | Video complete | Consumer |
| 5.0 | Use effect | Producer | 0.9 | Repeat | Consumer |
| 3.5 | Save | Consumer | 0.4 | Transfer - cover video complete | Consumer |
| 3.0 | Profile visit | Consumer | 0.2 | Swipe forward | Consumer |
| 3.0 | Transfer - cover click | Consumer | -1.0 | Skip | Consumer |

*Table 1. The terms and their weights in the IG Reels Tab Value Model, ordered by weight. Actual production weights have higher decimal places accuracies than presented above.*

78. This formula is relatively straightforward and illustrates the concept just discussed. Here, a given piece of content's Ranking Score is equal to the sum of various predicted probabilities (e.g. "p(comment)," a measure of how likely the user is to comment on a Reel) that are each given their own weight (e.g. 20.0). This formula for weighting the predictions to produce

a single score is known as the **value model**. It represents the objective that the system attempts to optimize — the "what" of the recommendation algorithm.

79. The technical information presented above should not obscure the key point. The predictions of user behavior that a ranking algorithm considers, and the weights that are assigned to each such prediction, are not endogenously defined by the algorithm. Rather, they are the function of what objective the algorithm sets out to achieve. If the algorithm's objective is to maximize user engagement, then the predictions and weights that mathematically optimize that objective will follow suit.

80. The objectives set by the company are reiterated throughout the testimony of Joshua Simons who worked as a member of the Responsible A.I. Team at Facebook from 2018 to 2022. Discussing the machine learning systems for News Feed ranking, Simons explained that "the ranking system's impetus, what it's aiming to do, is set by the topline metric. And in Facebook's case, that was meaningful social interactions, different forms of engagement."[18] Simons further explained that optimizing for "meaningful social interactions" has the effect of provoking strong feelings in users like social comparison and feelings of "shame or disgust or fear or pride" which increase interaction with the platform and increase engagement, which results in more revenue for the company.[19] And yet, Meta has continued optimizing user feeds for MSI metrics, despite their own internal research showing harm to users' emotional wellbeing.[20]

81. Simons added to this point, saying that whatever the "system is asked and trained and built to optimize for, whatever forms of engagement you define as a thing that it optimizes for, shapes the content that's put under all of our noses and on the phones and computers of billions of

---

[18] Simons Dep. 118:24-119:2; *see also* 68:14-15 ("[…] what you choose to train and build a system to do, creates the future on that platform").

[19] Simons Dep. 122:22-123:13.

[20] Simons Dep. 122:22-123:13.

people who use the platform, and that shapes how they feel and how they behave over time."[21] He explains that this ability to shape user behavior poses a particular risk of harm to vulnerable populations like "kids who are not yet developed" because it "produces kids who grow and learn in ways that aren't […] commendable and [are] undesirable."[22] An internal document reflects nearly identical sentiment, stating "[t]eens are still developing, novelty-seeking and impulsive. . . Cool, so we probably shouldn't have ranking primarily driven by p(eyeballtime) and p(engagement), which is how it currently works."[23]

82. A few particularly concerning internal documents suggest Meta's awareness that its intentional design choices have a particular impact on adolescents. One document appears to indicate that the company's optimization strategy varies among groups of users, saying Facebook "ranks [teens'] content based on engagement much more than any other cohorts."[24] In another internal document, Facebook researcher Tom Wynter observed, "we literally optimize Teen feeds for engagement," and "it seems to genuinely be the case that optimizing for sessions just naturally distributes more harm to teenagers. . . it's been too consistent over time."[25]

83. Engagement is not the only way to rank information, or to optimize feed ranking. If the algorithm's objective is specified differently—for instance, if its objective is to maximize user welfare, user safety, or connections with friends and family members—the predictions and weights will change accordingly, to optimize that different objective. Because the choice of

---

[21] Simons Dep. 93:11-17; 116:6-10 ("What matters about the impact of the News Feed system on users is the way that those thousands of pieces of content are ordered […], and that is set by the objectives of the ranking system that Facebook built.").

[22] Simons Dep. 94:5-17.

[23] META3047MDL-047-00706929.

[24] META3047MDL-022-00025511; Cunningham Dep. 122:3-22 (discussing Ex. 13 [META3047MDL-047-00995848] which states in part "[t]he goal of teens team is to maximize aggregate teen time spent [. . .] ongoing projects aim to change teen behavior by increasing original post sessions, reshares, feedback given, page connotations [sic], and more.").

[25] META3047MDL-072-00032552; *see also* META3047MDL-046-00328644 ("I think we need to stop optimizing teen users' algos for engagement metrics to be in compliance but nobody seems to be talking beyond building new tools and strong enforcements.").

objective is key to the algorithm's functioning, I turn next to an examination of how Meta's recommendation algorithm relates to its business model.

### B. Recommendation algorithms and Meta's business model

84. Meta's business model relies on advertising revenue. As it has acknowledged in a recent Form 10-K filing, it "generate[s] substantially all of [its] revenue from selling advertising placements on [its] family of apps to marketers."[26]

85. Meta displays ads on each of the surfaces listed in Table 2. The amount of time that users collectively spend on these surfaces directly translates to ad revenue. As Meta's former VP of Advertising Technology put it succinctly at his deposition, "[m]ore usage correlates with more money."[27]

86. Meta's recommendation algorithm is an important part of its ad-based business model. In an April 2024 earnings call with investors, Meta CEO Mark Zuckerberg explained the business impact of recommendations in user's feeds:[28]

> AI is already helping us improve app engagement which naturally leads to seeing more ads, and improving ads directly to deliver more value. So if the technology and products evolve in the way that we hope, each of those will unlock massive amounts of value for people and business for us over time. We are seeing good progress on some of these efforts already. Right now, about 30% of the posts on Facebook feed are delivered by our AI recommendation system. That's up 2x over the last couple of years. And for the first time ever, more than 50% of the content people see on Instagram is now AI recommended. AI has also always been a huge part of how we create value for advertisers by showing people more relevant ads, and if you look at our two end-to-end AI-powered tools, Advantage+ Shopping and Advantage+ App Campaigns, revenue flowing through those has more than doubled since last year.

[26] Meta Response to Req. for Admission 45.

[27] Boland Dep. 94:3-4.

[28] Meta Platforms, Inc. (META). First Quarter 2024 Results Conference Call. Apr. 24, 2024. https://s21.q4cdn.com/399680738/files/doc_financials/2024/q1/META-Q1-2024-Earnings-Call-Transcript.pdf.

87. To put this more succinctly: Meta uses machine learning algorithms to rank posts that users see, in order to increase use of Instagram and Facebook. More usage means more views of ads, which generates more revenue for the company.

88. One major difficulty faced by Meta (and other platforms) is that existing machine learning technology is not capable of effectively learning and predicting the relationship between how particular posts are ranked in a user's feed and metrics that bear directly on revenue.

89. As a matter of course, Meta uses a set of metrics to assess how well it is doing at maximizing revenue. Indeed, Instagram and Facebook each have a set of "core metrics" that are considered "canonical"—meaning, "every time you make any sort of change…you have to check your test against these metrics to confirm that … you didn't affect them in a negative way."[29] Some of these metrics measure revenue itself. Other metrics measure various kinds of growth in usage which, as explained above, is closely tied to revenue.[30] These include DAU (Daily Active Users — the number of users active on the app per day), MAU (Monthly Active Users — the number of users active on the app per month), time spent on the app, the number of sessions (with each use of the app from opening to closing counting as one session), and the aggregate number of times posts have been viewed.[31] For example, Tom Cunningham, a former senior data scientist at Facebook, defined "top-line metrics" for Facebook News Feed as metrics which evaluate the performance (or "health") of News Feed, like DAU, daily active users, time spent, or number of comments, as well as MSI and number of sessions.[32]

90. However, the relationship between these usage metrics and the choices made by Meta's ranking algorithms is imprecise at best. This is in part because the relationship between a

[29] Volichenko Dep. 49:11-23.

[30] META3047MDL-019-00123767; Volichenko Dep. 50:5-9 (Q: "Were any of the Instagram critical metrics related to growth?" A: "Yes, yes, absolutely.").

[31] META3047MDL-019-00123767; Meta's Resp. to Interrog. 15; META3047MDL-050-00215913.

[32] Cunningham Dep. 104:14-18; 106:7-22 (discussing Ex. 11 [META3047MDL-047-00765317]).

user seeing a single post and the user's choice to stay active or not active on the app (thus affecting a metric such as DAU) is too diffuse. As of 2022, Meta had research projects that attempted to solve this problem but no solution has made it into its products as far as I am aware.[33]

91. As a result, Meta, like other social media companies, trains its ranking algorithms to optimize proxies rather than to directly optimize revenue-related metrics.[34] These proxies primarily consist of the behavior of users when viewing individual posts, such as liking, commenting, sharing, or watching a video to completion. Collectively, these actions are referred to as engagement, an important term of art at Meta. Meta's ranking algorithms aim to maximize users' engagement with the respective surfaces on which they operate. The proxies and the relative weights given to them are chosen in such a way that Meta engineers predict — in reality, hope — will optimize revenue-related metrics.[35]

92. One internal document states:[36]

> Instagram does not care about the number of comments or likes. Those events are proxies for long term value, which we measure in DAP (daily active people) and time spent (time per daily active). We rely on these proxies because it is difficult to make a prediction on whether an impression will result in you coming back to the app tomorrow or spend more time in the long term.
>
> …
>
> The value model is one of the most important and least scientific parts of ranking. When we discuss changes to the value model, we are arguing about what causes people to return to Instagram on a multi-year time horizon. It might be good in the short term to increase time spent by showing you all video, but in the long term people feel alienated and stop posting. Less posting means less interesting content, which makes our platform a worse place to be. We've learned many of these lessons from past launches and experiments Facebook's Blue App has made.

[33] META3047MDL-014-00405380.

[34] META3047MDL-014-00047744.

[35] META3047MDL-208-00057329; META3047MDL-223-00002454.

[36] META3047MDL-047-00544942.

93. In another internal document, Facebook researcher Tom Wynter explained, with reference to this litigation, how Facebook's value model is tuned to rank posts with the single goal of maximizing engagement:[37]

> [R]elevant to the lawsuits, and some foreshadowing from Mark in Q&A just now – basically the company position is that time spent and engagement metrics proxy user value and we are 'not' just tuning the algorithm to keep people scrolling as much and as long as possible... except mechanically, we basically absolutely do through a process called the "guided value model" (GVM) process. GVM halves and doubles the weights on every major relevance term, which is then fed into an algorithm that is told to optimize for (a) sessions; and (b) vpvs. It spits out a bunch of changes to the weights of different terms and then we ship it. So really, the algorithm is absolutely tuned to maximize engagement in an maximally empirical, principle-less way. I am not sure that the youth legal people realize this, and that it applies to teens just as much as gen pop... so the things contained in the lawsuits are somewhat hard to refute so long Teens are part of the GVM process.

94. I have seen many indications that Meta's efforts at maximizing engagement (as a proxy for maximizing usage and therefore revenue) subordinated its other efforts related to minimizing negative and potentially harmful user experiences. Former data scientist George Volichenko testified about this directly:

> "Q. If a proposed safety feature negatively impacted Instagram's critical metrics, in your experience, could that impact the potential launch of the feature?
>
> A. Yes."
>
> …
>
> "Q. [I]f a proposed safety feature did have a negative impact on the explorer [sic] team's metrics, would that be an issue in actually rolling out the safety feature?
>
> A. Yes. Yes, that would be an issue."

95. One former data scientist, Tom Cunningham, described a "very complicated long-running negotiation over how to make a trade-off between integrity and engagement objectives

[37] META3047MDL-047-00706686; *see also* META3047MDL-072-00139365 and META3047MDL-046-00328644.

[…]."[38] But testimony from another research scientist indicates that this trade-off was routinely resolved in favor of engagement. From his experience as a research scientist with Facebook from 2018 to 2022, Joshua Simons explained that what the platform presents to users on their phones or computers was "driven by the feed system and the engagement metrics and meaningful social interactions that it was aiming at," and "the integrity system, whether it's hate speech, the toxicity model that wasn't rolled out, or the other systems in it, made barely a dent on the core ranking system and the imperatives that drove it."[39] Simons referred to the integrity system as "picking out bits" from a "huge pile."[40]

96. According to Simons, incentives for product engineers (those designing the platform's machine learning systems) were not aligned with user wellbeing or safety but instead aligned with maximizing Meaningful Social Interaction metrics.[41] "[I]f the systems they were building boosted those metrics, they were rewarded and promoted and given headcount, and if it had a deleterious effect on meaningful social interactions…they were not."[42] Simons further testified that during his time at the company, not only were engineers not incentivized to take user safety into account in their design, but engineers' performance bonuses only considered whether certain increases in engagement metrics were realized.[43]

97. Simons' testimony is consistent with testimony given by Natalie Troxel, a user experience researcher at Meta:[44]

---

[38] Cunningham Dep. 102:6-13.

[39] Simons Dep. 53:9-23.

[40] Simons Dep. 53:9-23.

[41] Simons Dep. 102:23-103:15.

[42] Simons Dep. 102:23-103:15.

[43] Simons Dep. 104:4-13.

[44] Troxel Dep. 31:5–32:14.

> Q. Did you encounter impediments to -- while you were at Meta to achieving your goal of having your work promote social -- pro-social development?
>
> A. Yeah.
>
> Q. And what were some of those impediments?
>
> A. Some of it was, I think, the nature of the company. I think that I had joined the company perhaps a little naive about what the company would want to do and some of what the company was building and how much of an influence I would be able to have on things. I think some of it was that technically children under 13 aren't supposed to be using the products. So there wasn't going to be a focus on young children's development, for example. And I think some of it was just the focus, the prioritization of the company.
>
> Q. When you say the "prioritization of the company," what do you mean by that?
>
> A. That the company wasn't prioritizing positive child development.
>
> Q. In your experience, what was the company prioritizing?
>
> A. Revenue.
>
> Q. And by "revenue," do you mean making money?
>
> A. Yes.
>
> Q. And how, in your experience, did Meta seek to prioritize revenue and making money?
>
> A. It seemed like when I was there, that Meta was trying to increase engagement, trying to increase how much time people spent using their apps in an effort to have more eyeballs on the apps for a longer period of time, which can get them more advertising revenue.

98. The testimony above is consistent with examples I have seen in Meta's internal documents. For example, in a chat conversation between Mr. Cunningham and colleague Udi Weinsberg discussing the performance of integrity experiments involving "friend" recommendations to Facebook users, Cunningham asked if there is a rule of thumb for how trade off decisions were made. Mr. Weinsberg retorted, "[y]es, if it hurts growth, don't ship it . . .[a]nd only shipping treatments that have very low impact on important metrics."[45]

---

[45] META3047MDL-047-00765317; *see also* Cunningham Dep. 107:24-110:12.

99. Another example concerns a proposed Take A Break feature which, if operational for a user, would encourage them to pause usage of the platform after a certain amount of time spent. The articulated goal for this feature was to promote greater well-being by helping teens take a break from Instagram when they spend too much time in a single session.[46] Multiple versions of the Take A Break feature were considered; however, engineers were instructed to "disregard variants with material ecosystem regressions."[47] Specifically, during testing of the feature, "guardrail" metrics were set to ensure the feature did not create regressions of time spent or sessions greater than 0.2%, or regressions of creator watch time greater than 0.5%.[48] Ultimately, employees involved in the project expressed disappointment at the version that was released, as less protective of teen well-being than other available alternatives.[49]

### C. Overview of content moderation algorithms

100. Like other platforms, Meta takes various steps to police its community standards (the rules governing what is and is not allowed on its platforms). Meta then measures its success at enforcement by analyzing the prevalence of integrity violations and through surveys of its users to measure their subjective experiences.[50]

---

[46] META3047MDL-111-00189944.

[47] META3047MDL-031-00242248 at -00242256; *see also* Volichenko Dep. 93:13-94:4 (Q: "During your work on Take a Break, were you asked to test its impact against growth metrics?" A: "Yes…they were always a thing that we had to evaluate.").

[48] META3047MDL-031-00242248 at -00242252.

[49] Volichenko Dep. 109:20-24 (Q: "[W]ere you disappointed by the impact that Take a Break was having on youth safety and well-being?" A: "Yes, definitely."), 107:2-8 ("it would be more effective … if we turned it on for all teens, made it opt-out. But we were unable to test it…"), 113:23-114:10 (Q: "Do you think teen users would have been safer if Take a Break had been turned on as a default feature?" A: "I think so, yes." Q: "Did Instagram leadership agree to turn Take a Break on by default?" A: "No. I believe that never happened."). Bejar Dep. 574:9-14 ("I can't imagine this being effective at helping a teenager quit out the app or put down the phone and effectively take a break.").

[50] META3047MDL-019-00123767.

101. Meta's safety and integrity teams build classifiers to identify posts that violate policies on its platforms. The main policies relevant to the present matter are about Suicide and Self-Injury (SSI), Eating Disorder (ED), bullying and harassment, graphic and violent content, adult nudity, and child safety. Varying levels of detail about Meta's classifiers were shared with me in the form of Meta's responses to an interrogatory.[51]

102. Classifiers assign scores to each post that they process, representing the probability that the post is policy violating. If a score exceeds a specified threshold value, Meta takes action on the post—which may range from automatic removal, enqueueing for human review, or "soft action." Soft action refers to reducing users' exposure to a post without removing the post. Types of soft action include downranking and adding warning screens.

103. Since 2020, Meta has also had "borderline" classifiers.[52] These classifiers identify posts that are not strictly policy violating but are nonetheless "potentially problematic or low quality." Borderline classifiers are not used to remove content, only downrank them.

104. Importantly, Meta's classifiers do not always automatically remove content—even content flagged as having a high likelihood of violating Meta's policies.

105. Consider, for instance, Meta's suicide and self-injury classifier ("SSI Classifier"). The SSI Classifier sets a threshold value for autodeletion of 0.94. This apparently means that, if a piece of content is flagged by the classifier as having a 93% likelihood of containing violative suicide promoting content, it is not removed from the platform.[53] This does not appear to be consistent with Meta's public policy, which states that "We remove any content that encourages suicide, self-injury or eating disorders, including fictional content such as memes or illustrations,

[51] Meta's Fourth Supp. Response to Interrog. 1.

[52] Meta's First Supp. Response to Interrog. 1 at 19.

[53] Meta's Fourth Supp. Response to Interrog. 1.

and any self-injury content which is graphic, regardless of context."[54] For this statement to be accurate, it ought to read instead: "We remove any content that we are 94% or more confident encourages suicide, self-injury or eating disorders…" It is true that Meta uses human content reviewers as a backstop to its classifiers. However, I have been given no data concerning what percentage of enqueued content is actually reviewed, how quickly, or how accurately. For reasons discussed further below, it is my opinion that human content moderation is insufficient to identify policy-violating content. It is also true that Meta has lower threshold values for various soft actions, but soft actions fall short of what the policy states, which is removal.

106. Some of the other classifiers designed to enforce serious policies are not used for autodeletion at all. That is true for Meta's eating disorder classifier ("ED Classifier"), various Graphic Violence classifiers (such as the "Graphic Violence MAD [Mark as Disturbing] video classifier on IG"), and—most troublingly—Meta's classifiers designed to identify Child Sexual Abuse Material ("CSAM"), including its CSAM classifier, CSAM Solicitation, and Child Sexualization (CSx) classifier.[55] Meta's inability to identify and autodelete this content is, to my knowledge, not a public fact. It is inconsistent at least with Instagram's Community Standards, which, again, claim to "remove any content that encourages … eating disorders," and which have proclaimed since 2015, "We have zero tolerance when it comes to sharing sexual content involving minors."[56]

[redacted]

[54] Meta, Transparency Center. Policies-Community Standards: Suicide, Self-Injury, and Eating Disorders. https://transparency.meta.com/policies/community-standards/suicide-self-injury/. Last visited May 13, 2025.

[55] Meta's Fourth Supp. Response to Interrog. 1.

[56] Meta's Resp. to Req. for Admission 8.

# EXHIBIT M985-B

## (FILED UNDER SEAL)
## NOT REDACTED BY DEFENDANT

**REDACTIONS WERE IN ORIGINAL DOCUMENT**
**PRODUCED BY META TO DEFENDANT**

**EXPERT REPORT OF**

**Arvind Narayanan, Ph.D.**

**May 16, 2025**

**Table of Contents**

I. Executive Summary of Opinions ..... 4
II. Background and Qualifications ..... 5
III. Materials and Methodology ..... 8
IV. Background on algorithms including social media algorithms ..... 11
A. How modern algorithms work ..... 11
B. Social media recommendation algorithms ..... 14
C. Content moderation algorithms ..... 19
D. Product testing ..... 23
V. Meta's Algorithms ..... 24
A. Overview of recommendation algorithms ..... 24
B. Recommendation algorithms and Meta's business model ..... 30
C. Overview of content moderation algorithms ..... 36
VI. TikTok's Algorithms ..... 38
A. Overview of recommendation algorithms ..... 38
B. Recommendation algorithms and ByteDance's business model ..... 40
C. Overview of content moderation algorithms ..... 42
VII. YouTube's Algorithms ..... 43
A. Overview of recommendation algorithms ..... 43
B. Recommendation algorithms and YouTube's business model ..... 46
VIII. Snapchat's Algorithms ..... 49
A. Overview of recommendation algorithms and business model ..... 49
B. Details of recommendation algorithms ..... 51
C. Similarities and differences compared to other social media platforms ..... 52
IX. Problematic features of Defendants' algorithms ..... 55
A. Discovering behavioral proclivities ..... 55
B. Exploiting behavioral proclivities ..... 60
C. Problematic use as a consequence of algorithm design ..... 66
D. Rabbit holing as a consequence of algorithm design ..... 71
E. Defendants' product testing practices encourage addictive design ..... 75
X. Failure to warn ..... 78
A. Defendants' lack of transparency concerning their recommendation algorithms ..... 79
B. Community standards do not solve the transparency problem ..... 87
XI. Failure to adopt alternatives ..... 90

A. Content moderation cannot solve the problems of recommendation algorithms ......... 90

B. Alternative algorithms are available and have been deployed successfully ................ 96

## IX. Problematic features of Defendants' algorithms

[redacted]

### A. Discovering behavioral proclivities

[redacted]

[redacted] Internal Instagram research reveals that followers of celebrities including Ariana Grande, Kylie and Kendall Jenner, and Addison Rae tend to feel worse about themselves than other users.[112]

[redacted]

[112] META3047MDL-003-00159559.

[redacted]

[redacted]

c. Meta internal documents repeatedly stress the importance of exploration: "Exploration by definition is uncertain and 'risky', and a core purpose is to try, get signals, and then adjust. To do this we should be able to observe how the user reacts to new items and adapt quickly, [for] which we need both low latency systems as well as adaptive algorithms."[117]

[redacted]

[redacted]

[redacted]

117 META3047MDL-014-00405308.

[redacted].

[redacted]

169. Meta's internal research identified cold start problems similar to those revealed in the WSJ investigation. For example, Meta researchers set up test accounts that only followed suggestions provided by the platform, which very quickly led to an extreme barrage of harmful content. The document emphasized that "[i]n the 3 weeks since the account has been opened, by following just this recommended content, the test user's News Feed has become a near constant barrage of polarizing nationalist content, misinformation, and violence and gore."[121] Mark Zuckerberg himself apparently experienced this phenomenon with a competitor social media platform, writing privately to a coworker: "Random thing. I just logged into Snapchat for the first time in a while to see what progress they're making with AR. What surprised me is how porny and

[redacted]

[121] META3047MDL-207-00024997.

inappropriate the content they're featuring is in their equivalent of Reels (Spotlight) and their 3P content stories (Stories). I was completely blown away…especially given that their audience skews so much younger. It's not nudity but it's really raunchy. I would never let my kids anywhere near this."[122]

[redacted]

[redacted] the Instagram Reels algorithm uses thirteen consumer-oriented signals, six of which are "explicit interaction based signals" and five of which are "implicit time-spent related signals" (as

[122] Zuckerberg Dep., Ex. 83.

[redacted]

well as other signals not directly related to the user).[124] [redacted]

[redacted]

B. Exploiting behavioral proclivities

[redacted]

[124] META3047MDL-014-00405874. The remaining two consumer-oriented signals are described as "learning transferred signals with models transfer-learned from non-tab data."

[redacted]

[redacted]

[redacted] According to third-party engagement statistics, Instagram and Facebook have engagement rates under 1%.[132] [redacted]

[redacted]

[redacted]

---

[redacted]

[132] SocialInsider. 2025 Instagram Benchmarks. https://www.socialinsider.io/social-media-benchmarks/instagram. Last visited Mar. 14. 2025; SocialInsider. 2025 Facebook Engagement Benchmarks. https://www.socialinsider.io/social-media-benchmarks/facebook. Last visited Mar. 14. 2025.

[redacted]

[redacted]

180. In a workplace chat from 2023, a researcher for Facebook expresses this idea well, noting he is curious about "what is going on with content that is getting high relevance scores on behavioral models like e(linear_vpvd/eyeballtime)" despite being content "users don't want to see (low wyt; p(smsl)<0.4) as I suspect that is where high-compulsivity content is."[134]

[redacted]

[134] META3047MDL-022-00025511.

[redacted]

182. Meta's "Ranking and Value Model Deep Dive" document notes that "models are trained on data that's strongly influenced by themselves, and this forms a **strong feedback loop**."[136]

[redacted]

185. Below are images from another Meta document discussing users whose feeds have a high prevalence of harmful content. As depicted below, this prevalence issue is not necessarily a result driven by user intent; and in fact, the document makes clear that users can be "driven to harmful content *by* Instagram."[138]

[136] META3047MDL-014-00405864 (emphasis in original).

[redacted]

[138] META3047MDL-054-00000061.

**Figure 7: From META3047MDL-054-00000061**




[redacted]

187. As former Facebook Responsible AI team member, Joshua Simons, testified, the objective the company sets for the system "shapes the feelings and the behaviors over time of the people who use it, and folks in computer science call this performative prediction, and it's performative in the sense that whatever you ask the system to do, over time people perform the very thing that you've asked the system to optimize for."[140] Based on his direct experience working with the designers of these systems, Simons understood that "by defining value in terms of those proxies—clicks, likes, shares, plays—you ended up incentivizing repeated patterns of behavior," that were ultimately "undesirable, and sometimes actively harmful for the users."[141]

[redacted]

[140] Simons Dep. 93:18-24.

[141] Simons Dep. 81:19-25.

[redacted]

190. Shaping the incentives for creators is a key goal in the design of Meta's recommender systems. For example, the system is designed to reward new creators with increased distribution if they are successful at engaging users. Meta's documents also discuss advanced strategies such as "build[ing] models to predict what content to show to a user to motivate the user to create."[144] Another example is setting up a "flywheel" where consumption drives production through "mimicry" — users creating posts similar to those which have been recommended to them in their feeds — which in turn influences the "inventory" of posts on the platform and consumption of those posts.[145]

---

[redacted]

[144] META3047MDL-014-00405308.

[145] META3047MDL-014-00405864.

[redacted]

**C. Problematic use as a consequence of algorithm design**

[redacted]

[redacted]

Facebook researchers published internal research on problematic use in 2019.[150]

197. Even before that, documents show it was a concern of the company. An internal presentation on "Facebook 'Addiction'" starts out with the statement that "There is growing concern in the public that technology companies are deliberately manipulating users by designing addictive products that can harm well-being and subvert self-control."[151]

198. A 2020 Meta presentation deck on the topic defines problematic use this way:[152]

> We define Problematic Use (PU) as experiencing both of the following issues "very often" or "all the time":
>
> - Lack of control or feelings of guilt over Facebook use.

[150] Cheng et al. Understanding Perceptions of Problematic Facebook Use: When People Experience Negative Life Impact and a Lack of Control. CHI '19: Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems Proceedings. May 2, 2019. https://doi.org/10.1145/3290605.3300429.

[151] META3047MDL-020-00563113.

[152] META3047MDL-079-00000177 at -00000181; Zuckerberg Dep. 121:16-124:2 (discussing this Meta document's definition); META3047MDL-035-00005017 (document from 2022 providing a very similar definition).

- Negative impact in at least one of the following areas: productivity, sleep, parenting, or relationships.

This is sometimes referred to as "social media addiction" externally.

199. From the same 2020 presentation above, Meta reports the finding that problematic use—as they have defined it— is affecting "about 12.5% of people on Facebook."[153]

200. Joaquin Quiñonero Candela—who spent more than a decade with Meta and built the company's machine learning ranking and recommendation systems before moving into responsible AI near the end of his tenure—expressed concern in one internal document that "[s]ophisticated reinforcement learning might increase the problem of tech addiction in Stories, News Feed, or Instagram."[154]

201. Dr. Quiñonero Candela's concerns were not without merit according to findings of another user survey on problematic use. The results of that study, which took place between December 2022 and January 2023, linked perceived problematic use with platform products or surfaces that utilize ranking and IVR tactics.[155] For Instagram, users identified as the top three problematic surfaces where they felt least in control of their time: 1) Discover, 2) Stories, and 3) Reels. For Facebook, users' top three were: 1) Notifications, 2) Stories, and 3) News Feed and/or Reels.[156]

---

[153] META3047MDL-079-00000177 at -00000183; Zuckerberg Dep. 124:3-125:5; *see also* META3047MDL-065-00316061 (internal Meta study from 2018 titled "User Perception of Time-Spent on Instagram" showing that more than a third of the survey respondents feel they have spent more time than they would have liked on Instagram, and that about one in five respondents think they have a problem controlling their time).

[154] META3047MDL-014-00233670. Simons, who worked with Quiñonero Candela at Facebook, testified that Quiñonero Candela's comment reflected the concern that using this form of AI to optimize ranking for engagement "might supercharge problems of addiction across those products." Simons Dep. 108:8-24.; *see also* Simons Dep. 67:2-17 ("[T]he best way to increase engagement is addiction.").

[155] META3047MDL-074-00027496.

[156] META3047MDL-074-00027496.

202. Indeed, I observed in Meta's documents a number of emails sent directly to Zuckerberg from users telling the founder that they were addicted to his platform.[157]

[redacted]

[157] Two examples of user emails to Zuckerberg are META3047MDL-040-00028597 and META3047MDL-040-00028639.

[redacted]

[redacted]

**D. Rabbit holing as a consequence of algorithm design**

[redacted]

[redacted]

216. "Carol's journey to QAnon" refers to a 2019 internal user account study on the Facebook platform whereby a fake user profile of a 41 yr old southern female was created to understand how the ranking and recommendation evolved based on a new user profile with modest inputs regarding interest.[169] An internal report on the findings notes that "[w]ithin 2 days" the platform was suggesting "more exclusively right wing content, and beg[an] to lean towards conspiracy content."[170]

217. Meta has explicitly acknowledged the phenomenon of rabbit holing. Around 2020, the company created a project called Rabbithole to address the problem.[171] However, based on the documents I reviewed, I did not find any evidence that this team was able to devise or deploy effective solutions to the problem. As of 2021, Meta's documents acknowledged that "repetitiveness of content" and "over saturation of trends and audios" is a "major pain point" of Reels compared to TikTok.[172] A 2022 document lists and prioritizes various problems related to teen wellbeing on Instagram.[173] Teens rabbitholing into SSI [suicide and self-injury] and ED [eating disorder] content is the lowest on the list of 24 problems ranked by priority. "Current product investment" is listed as "low" for this problem.

[redacted]

[169] META3047MDL-207-00033754.

[170] *Id.*

[171] META3047MDL-003-00043614; META3047MDL-049-00000126; META3047MDL-047-00990131; META3047MDL-072-00176016.

[172] META3047MDL-014-00405308.

[173] META3047MDL-034-00161622.

[redacted] What was distinctive about the Rabbithole project was the recognition of this phenomenon and the attempt (though under-resourced and unfinished) to identify this subset of users and improve experiences for them. [redacted]

[redacted]

[redacted]

### E. Defendants' product testing practices encourage addictive design

[redacted]

[redacted]

232. There is extensive evidence that Meta's pursuit of engagement in its algorithms came at the expense of long-term user value for the reasons described above.

233. In 2019, Tom Cunningham, who worked on the Core Data Science team at Facebook, wrote an internal report discussing three gaps between engagement and user value.[182] First, he analogized the Facebook experience to broadcast television shows that attempt to

[redacted] [redacted] one Meta document states that "Consumer Value reflects the value that we provide to the viewer, which is measured by Consumer DAP." DAP, of course, is simply a measure of "Daily Active People"—how many people are using the platform. That metric may or may not correlate to the actual "value" that consumers experience from their use of the product, though it does correlate to the revenue that the platform is able to generate from their usage. META3047MDL-014-00405878 at META3047MDL-014-00405878.

[182] META3047MDL-020-00575591; META3047MDL-037-00028264.

maximize advertising revenue by stretching out the viewing time, such as by having recaps and cliffhangers, even if it makes the overall experience less valuable. Second, he explained that Facebook creates an incentive for clickbait and misleading posts, and that the company's product testing practices are not adequate to demote such posts because "many features are evaluated just on short-run engagement — if we mislead users it'll surely cause a lack of trust down the line, but that can be slow and cumulative, and it's very hard to detect with just short-run experiments." Finally, when users have self-control problems (that is, their System 1 behavior diverges from their System 2 preferences), they end up spending more time on Facebook than they like.

234. Mr. Cunningham also wrote:

> I sometimes wonder what the alternative is to making decisions based on AB-tests of engagement metrics, and I scratch my head, then I remember that just over the road WhatsApp built a 1Bn user product without running any tests, they made all their product decisions just based on their perceptions of user quality. … Of course WhatsApp cares about growth and engagement, but the fact they didn't run experiments until recently implies that they don't think short-run AB-test measures were very valuable measures of long-run value."

235. In 2020, Tamar Shapiro expressed a worry that Instagram's ranking team would "optimize the shit out of [sessions, a short term metric] and game it too much", and notes that this had previously happened with Time Spent, another short-term metric.

[redacted]

[redacted]

**X. Failure to warn**

[redacted]

[redacted]

**A. Defendants' lack of transparency concerning their recommendation algorithms**

**i. Meta**

245. Meta's algorithms and their effects are opaque to users and researchers. Meta publishes many articles online about how its ranking algorithms work. For example, Instagram Help Center has an article titled "How Instagram Feed Works."[185] However, these articles are all superficial. The above article contains a section titled "How Instagram determines which posts appear as suggested posts" (in feed, Reels, and Explore). It explains that one of the factors is "The accounts you follow and what posts you've liked, saved or commented on." But it falls well short of providing a complete list of signals used by the algorithm. For example, does the amount of

[185] Instagram, Help Center. How Instagram Feed Works. https://help.instagram.com/1986234648360433. Last visited on Mar. 13, 2025.

time spent viewing a post affect future recommendations? The user has no way to find out. This lack of detail limits users' ability to control their feeds.

246. Meta has not disclosed to the public the relative weight given to different types of engagement actions in ranking, which further inhibits users' ability to control their feeds. Facebook has reaction emojis such as "Sad" and "Angry" with negative valence, in addition to "Like" and "Haha" with positive valence. When the user reacts to a post with a negative emoji, it is not even clear to users whether, as a result, they are likely to see more similar posts in the future (positive weight) or fewer similar posts in the future (negative weight). Even when Facebook made major changes to the weight of such reactions (from a high positive weight to zero),[186] there was no public communication.

247. Meta does not tell users why specific posts are shown to them. In 2019, Facebook launched a feature called "Why am I seeing this post?", which Instagram eventually adopted as well.[187] The launch gained significant media attention.[188] However, the feature has been inconsistently implemented between different platforms (such as desktop and mobile devices) and gives users only superficial information, suggesting that its primary purpose has been public relations rather than helping users.

248. Specifically, the feature gives users information that they already have while withholding information that would actually be useful. For example, it tells the user that they were recommended a post because they followed a specific account. But it does not tell the user which

---

[186] Merrill & Oremus. Five points for anger, one for a 'like': How Facebook's formula fostered rage and misinformation. The Washington Post. Oct. 26, 2021. https://www.washingtonpost.com/technology/2021/10/26/facebook-angry-emoji-algorithm/.

[187] Porter. Facebook's News Feed is starting to explain itself. The Verge. Apr. 1, 2019. https://www.theverge.com/2019/4/1/18290195/facebooks-news-feed-why-am-i-seeing-this-post-ad-context-interaction.

[188] *Id.*; Facebook to reveal News Feed algorithm secrets. BBC. Apr. 1, 2019. https://www.bbc.com/news/technology-47771922.

interests the ranking algorithm had inferred about them. To my knowledge, there has never been a way for users to obtain this information on Instagram or Facebook.

249. A 2018 Pew Research Center survey found that the majority of U.S. adults who use Facebook say they do not understand why certain posts but not others were included in their feed, and a 2019 Pew survey found that about three quarters of U.S. adult users were not even aware that Facebook inferred their interests.[189] Meta acknowledges internally that "Most people feel how our algorithms work is a mystery, yet want to be able to shape their experiences. Misguided 'folk theories' about how algorithms work shape people's engagement and can deteriorate their trust."[190]

250. According to testimony from Joshua Simons who worked at Facebook in 2019 when "WAIST" ("Why am I seeing this?") was deployed, the tool was known to be a "poor representation" of why someone would see a particular post.[191] In the opinion of Mr. Simons, based on his experience at the company, the WAIST tool "misrepresented" and was intended to distract users from the real answer.[192] Though the explanations intended to be provided to users were not necessarily false, he described WAIST's explanations as a "tangential description" that "wasn't really meaningful" to explain to users why they were seeing what they were seeing in their feeds.[193]

251. Meta rarely publishes its internal research about the impact of its algorithms on society. In 2021 a coalition of more than 300 scientists published an open letter to Mark Zuckerberg

---

[189] Smith. Many Facebook users don't understand how the site's news feed works. Pew Research Center. Sept. 5. 2018. https://www.pewresearch.org/short-reads/2018/09/05/many-facebook-users-dont-understand-how-the-sites-news-feed-works;
Hitlin, Rainie & Olmstead. Facebook Algorithms and Personal Data. Pew Research Center. Jan. 16, 2019. https://www.pewresearch.org/internet/2019/01/16/facebook-algorithms-and-personal-data/.

[190] META3047MDL-014-00405308.

[191] Simons Dep. 34:22-35:11.

[192] Simons Dep 152: 1-16.

[193] Simons Dep. 36:1-9.

calling for Meta to allow researchers to use its data to study child and adolescent mental health.[194] Meta has allowed external researchers to study the impact of its algorithms on the 2020 U.S. elections,[195] but so far has not enabled equivalent access for studying mental health.

252. In fact, Facebook/Meta has a long history of shutting down what little external research about its platforms can be done without its cooperation — usually research pertaining to how it targets advertisements to users. Notable examples include New York University's Ad Observatory Project[196] and ad transparency tools by investigative news outlet ProPublica, browser maker Mozilla, and advocacy groups Who Targets Me and Algorithm Watch.[197]

253. For over a decade I have attempted to study Facebook's and Meta's algorithms. With rare exceptions, I have been stymied by the company's lack of access to its data and systems and legal threats it has made to other researchers.[198] In 2018, I was one of over 200 signatories to an open letter to Mark Zuckerberg calling on Facebook to lift restrictions on digital research and journalism on its platform. The letter had little effect; most of the aforementioned examples are

[194] Przybylski et al. An Open Letter to Mr. Mark Zuckerberg: A Global Call to Act Now on Child and Adolescent Mental Health Science. Oxford Internet Institute, University of Oxford. https://www.oii.ox.ac.uk/an-open-letter-to-mark-zuckerberg/. Last visited Mar. 13, 2025.

[195] Research partnership to understand Facebook and Instagram's role in the U.S. 2020 election. https://research.facebook.com/2020-election-research/. Last visited Mar. 13, 2025.

[196] Edelson & McCoy. We Research Misinformation on Facebook. It Just Disabled Our Accounts. The New York Times. Aug. 10, 2021. https://www.nytimes.com/2021/08/10/opinion/facebook-misinformation.html.

[197] Merrill & Tobin. Facebook Moves to Block Ad Transparency Tools - Including Ours. ProPublica. Jan. 28, 2019. https://www.propublica.org/article/facebook-blocks-ad-transparency-tools; Secrecy at All Costs: A Timeline of Facebook's Obstruction of Research. MapLight. Sept. 21, 2021. https://maplightarchive.org/story/secrecy-at-all-costs-a-timeline-of-facebooks-obstruction-of-research/; Brandom. Facebook shut down German research on Instagram algorithm, researchers say. The Verge. Aug. 13, 2021. https://www.theverge.com/2021/8/13/22623354/facebook-instagram-algorithm-watch-research-legal-threat.

[198] Brandom. Facebook shut down German research on Instagram algorithm, researchers say. The Verge. Aug. 13, 2021. https://www.theverge.com/2021/8/13/22623354/facebook-instagram-algorithm-watch-research-legal-threat.

from later years. My own attempt to study Facebook's algorithms in 2021 were foiled by the company's refusal to negotiate reasonable terms of data access.[199]

[redacted]

[199] Kshirsagar. Facebook's Illusory Promise of Transparency. CITP Blog. Aug. 5, 2021. https://blog.citp.princeton.edu/2021/08/05/facebooks-illusory-promise-of-transparency/. Facebook is 'not a researchers-friendly space' say academics encountering roadblocks to analyzing its 2020 election ad data. Digiday. May 4, 2021. https://digiday.com/marketing/facebook-is-not-a-researchers-friendly-space-say-academics-encountering-roadblocks-to-analyzing-its-2020-election-ad-data/.

[redacted]

CONFIDENTIAL

[redacted]

[redacted]

CONFIDENTIAL

[redacted]

[redacted]

**B. Community standards do not solve the transparency problem**

[redacted]

[redacted]

268. Further, with respect to Meta, its community standards do not achieve even the objective of being transparent about what content exists on Instagram and Facebook. First, those policies fail to disclose that Meta lacks classifiers to remove prohibited content. Second, they fail to disclose that Meta lacks the ability to remove that content using human content moderations at the scale with which it operates.

269. With respect to the efficacy of Meta's classifiers, I have reviewed documentation sufficient to make clear that Meta has lacked classifiers capable of enforcing important policies. One disturbing example is Meta's policy against the posting of child sexual abuse material ("CSAM"), sometimes referred to as child pornography or child exploitation imagery ("CEI"). While Instagram's Community Standards have stated since 2015 that Meta has a "zero tolerance" policy against the posting of this material,[210] internal documents indicate that its classifiers are not set to automatically delete that material, even if they indicate at a 100% confidence level that a post contains such imagery.[211]

270. That troubling feature of Meta's classifiers has not gone unnoticed by employees. In 2020, Yoav Shapira (Director of Engineering at Meta who worked on Instagram integrity) wrote that classifiers for Child Exploitation Imagery and Inappropriate Interactions with Children were "somewhere between non-existent and shitty."[212] He further said that "Most of our policies I don't believe will have really good classifiers for years, if ever."[213] A 2021 incident review of pornographic content of minors on Instagram states that "Precision for proactive CEI [Child

[210] Meta's Resp. to Req. for Admission 8.

[211] Meta's Fourth Supp. Response to Interrog. 1.

[212] META3047MDL-014-00349418.

[213] META3047MDL-014-00349418.

Exploitation Imagery] classifiers is extremely low due to the high difficulty of catching new CEI via automation." It states that as a result, Meta does not run CEI classifiers proactively (i.e. without first receiving user reports) on Instagram direct messages. In her deposition, Meta's former Head of Youth Policy Vaishnavi Jayakumar acknowledged that there was a "disconnect between what was on the platform and what the policy was" when it came to CSAM.[214]

271. Meta's suicide and self-injury ("SSI") classifiers also appear to have had similar, undisclosed limitations. In a 2019 email, Mr. Shapira explained that "There's going to be SSI [Suicide and Self Injury] content on IG and FB for the near future. The existing classifiers are not hard to game."[215] Indeed, a May 2019 risk investigation of SSI on Instagram revealed hundreds of thousands of daily impressions of policy-violating suicide and self-injury content on recommendation surfaces such as Explore.[216] By December 2020, internal notes from an employee indicate that SSI was still only "on the verge of becoming a priority pillar because of vulnerabilities on IG."[217] I have seen no indication that these various vulnerabilities were ever disclosed to the public, despite Instagram's promise in February 2019 to "remove all graphic self-harm images from [its] site."[218] Again, Ms. Jayakumar acknowledged at her deposition that "there's a disconnect between the suicide and self-injury policy and the aggregated content that actually gets recommended by Instagram's algorithm."[219]

[redacted] [redacted]

[214] Jayakumar Dep. 280:4-5.

[215] META3047MDL-003-00086015.

[216] META3047MDL-003-00043617.

[217] Jayakumar Dep., Ex. 19.

[218] Jayakumar Dep. 212:25-215:6.

[219] Jayakumar Dep. 222:6-12.

[redacted]

## XI. Failure to adopt alternatives

### A. Content moderation cannot solve the problems of recommendation algorithms

[redacted]

[redacted]

275. In 2021, Vaishnavi Jayakumar, Instagram's head of safety and well-being policy, explained that "the challenge is that when you zoom in, any one of those photos probably wouldn't be triggering. But in an explore grid with all these photos stacked against one another, it's pretty overwhelming".[221]

[redacted]

279. Meta belatedly recognized this problem. In 2020 there was an internal proposal for "integrity personalization" that would attempt to tailor sensitivity thresholds to each user in the way that content is demoted by the recommender system.[224] This is a step in the right direction.

[221] META3047MDL-040-00541685.

[redacted]

[224] META3047MDL-003-00064562.

However, in my opinion, integrity personalization is inherently limited because of the challenge of learning what each users' preferences truly are. Meta's proposal discusses the use of both explicit negative feedback (such as the "show fewer posts like this" button) and engagement signals to learn those preferences. I discuss the limitations of explicit feedback below. The use of engagement signals falls prey to the System 1 – System 2 gap discussed above: users may engage in impulsive behavior without intending to, and later regret it; engagement signals will capture the behavior but not the regret.

[redacted]

281. In 2018, Mark Zuckerberg revealed that the more similar social media content is to prohibited content, the more engagement it gets, and shared the illustrative figure shown below.[225]

**Figure 10: Zuckerburg's Natural Engagement Pattern figure**




[225] Zuckerberg. A Blueprint for Content Governance and Enforcement. Facebook. May 5, 2021. https://www.facebook.com/notes/751449002072082.

[redacted]

283. [redacted] Around the same time as Zuckerberg's post, Michael Nowak, a director of product management, wrote:[228]

> Increasingly I think the root of a lot of our problems is the basic principle that the system *incentivizes content that drives engagement*. [emphasis in original]
>
> …
>
> If there is indeed a fundamental mismatch between our mission and our core product's incentive structure, we'll always be stuck playing whack-a-mole to squash content we don't like while the system as a whole still drives people to create more of it. This is in line with what I understand of Mark's thinking around just-barely-non-violating content getting the most distribution, when what we really want is for distribution to go down continuously as content goes from better to worse.

[redacted]

[228] META3047MDL-046-00375634.

284. Mr. Nowak's post eloquently explains the fundamental point: Better content moderation cannot fix the recommendation algorithm's incentive structure.

285. In internal chats, Meta employees strongly expressed the view that the company's approach to teen mental health was misguided. Tom Wynter and Funda Kivran-Swaine, Research Director of the social impact research team, expressed surprise and dismay at Meta's public communication regarding this lawsuit, which centered on the message that the company had "already introduced over 30 tools to support teens and their families."[229] According to Wynter and Kivran-Swaine, this is a deflection from the real solution, which is to change the recommendation algorithm to stop optimizing for engagement metrics such as views and sessions.

```
Funda Kivran-Swaine (10/24/2023 09:41:20 PDT):
>Like nobody is asking us to build 30 tools.

Tom Wynter (10/24/2023 09:41:26 PDT):
>right?

Funda Kivran-Swaine (10/24/2023 09:41:34 PDT):
>I had the exact same reaction this morning

Funda Kivran-Swaine (10/24/2023 09:41:40 PDT):
>who asked you to build 30 tools

Funda Kivran-Swaine (10/24/2023 09:41:41 PDT):
>nobody

Tom Wynter (10/24/2023 09:41:46 PDT):
>I dunno why we're doing cartwheels to avoid doing the thing we're actually being asked to do *which we
can easily do at very little topline cost!*

Funda Kivran-Swaine (10/24/2023 09:42:12 PDT):
>It's really puzzling Tom. IDK what to say.
```

286. Wynter then opined that "it'd be a good empathy building exercise to run the FB algorithm on workplace [Meta's internal collaboration tool] for a little bit just to see how it elevated binfire posts."[230]

[redacted]

[229] META3047MDL-072-00032552.

[230] META3047MDL-072-00032552 at -00032558.

[redacted]

[redacted]

**B. Alternative algorithms are available and have been deployed successfully**

[redacted]

[redacted]

293. [redacted] Facebook's "EdgeRank" algorithm, used in production at least until 2010, was manually programmed to account for a few factors in determining the relevance of a post to a user:

- The degree of "affinity" between the poster and the user, determined through factors such as whether the user had recently interacted with the poster.
- The type of post, such as photo, text, etc.
- The age of the post.[236]

294. This is a style of algorithm that can provide relevant content to users without trying to maximize the time they spend on the application and creating addictive experiences. It is, in short, a safer design that exists, has been used effectively in the past, and could be used again in the future. However, shortly after 2010, Facebook transitioned away from this design to a machine-learning-based system.[237]

295. Meta appears to be belatedly recognizing the downsides of this shift. In March 2025, the company announced that it would make a series of changes throughout the year in order to "Bring Back 'OG' Facebook Experiences".[238] The first such change is a new Friends tab, which shows content only from Facebook friends, and no recommended content.

[236] Narayanan. Understanding Social Media Recommendation Algorithms. Knight First Am. Inst. Mar. 9, 2023. https://knightcolumbia.org/content/understanding-social-media-recommendation-algorithms; Widman. EdgeRank. edgerank.com. 2010. http://edgerank.net/.

[237]McGee. EdgeRank Is Dead: Facebook's News Feed Algorithm Now Has Close To100K Weight Factors. MarTech: Performance marketing. Aug. 16, 2013. https://martech.org/edgerank-is-dead-facebooks-news-feed-algorithm-now-has-close-to-100k-weight-factors/.

[238] Meta. Bringing the Magic of Friends Back to Facebook. about.fb.com. Mar. 27, 2025. https://about.fb.com/news/2025/03/bringing-magic-of-friends-back-to-facebook/.

[redacted] An important way to obtain more System 2 signals is “item level surveys”, which simply refers to the idea of asking users what they would like to see more or less of. The figure shows an example of such a survey by Facebook. [redacted]

[redacted]

**Figure 11: An example of a survey**




298. Platforms have acknowledged that surveys are a valuable way to improve long-term value to users and minimize harmful outcomes.[243] [redacted] Facebook began to do so in 2019.[245] [redacted]

[243] Gupta. Incorporating More Feedback Into News Feed Ranking. about.fb.com. Apr. 22, 2021. https://about.fb.com/news/2021/04/incorporating-more-feedback-into-news-feed-ranking/; Sethaurman et al. Using Surveys to Make News Feed More Personal. about.fb.com. May 16, 2019. https://about.fb.com/news/2019/05/more-personalized-experiences/.

[redacted]

[245] Sethuraman. Using Surveys to Make News Feed More Personal. Facebook. May 16, 2019. https://about.fb.com/news/2019/05/more-personalized-experiences/.

[redacted]

[redacted]

[redacted] a leaked internal Facebook document "Providing Negative Feedback Should Be Easy (And Why This Would Be Game Changing For Integrity)", revealed that, in 2019, Facebook estimated that there was "[a]t best" 0.5% as much negative feedback as positive feedback.[247] The document made the reasons for this very clear:[248]

> Negative feedback is sparse partly because it requires more clicks and more effort, but also because people don't always know what to do or what those actions mean. There's also no clear value prop—i.e., if you give us feedback on what you don't like, we will make sure your feed gets better. **We need to address all of these frictions to have success.**

301. However, as of late 2022, problems remained, and were again discussed internally with regard to Instagram. One document states, "After reading through various signals- and recommendation control-related posts, we've identified a few key problems related to signals."

---

[247] Facebook. Providing Negative Feedback Should Be Easy (And Why This Would Be Game Changing For Integrity). Sept. 26, 2019. https://www.documentcloud.org/documents/21602498-tier1_rank_pr_0919/. At 4.

[248] *Id.* at 15 (emphasis in original). Document also produced as META3047MDL-207-00030977.

The number 1 problem identified is that the user interface for providing feedback, especially negative feedback, is hard to find. As evidence, the document says that the most requested feature by teens was a “Not interested” button, despite already existing. Usage of this feature was “very low”, at 0.5% of Daily Active Users, despite 20%+ of users indicating that their Feed recommendations were “somewhat irrelevant” or “very irrelevant”.[249]

[redacted] For example, until 2023, when the user asked Instagram to hide content on one surface, the platform would not even apply that information to attempt to hide similar content on other surfaces. Another example: the keyword filtering feature only worked on captions and hashtags, and not, for example, audio of posts.[253]

[redacted]

---

[249] META3047MDL-072-00310041.

[redacted]

[253] Meta. Instagram Quiet Mode: A New Way to Manage Your Time and Focus. about.fb.com. Jan. 19, 2023. https://about.fb.com/news/2023/01/instagram-quiet-mode-manage-your-time-and-focus/.

[redacted]

306. Meta's platforms provide only minimal user controls compared to what is technologically feasible, and many of those controls have been launched only recently. For example: Instagram introduced a reverse chronological option only in 2022 despite teen complaints about this feature being removed when Instagram adopted algorithmic recommendations.[254] Only in 2024 did it start offering the ability to reset recommendations — a key feature that allows users a chance at a fresh start if they have fallen into a rabbit hole.

[redacted]

[254] META3047MDL-019-00020438.

[redacted]

[redacted]

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Arvind N

Arvind Narayanan, Ph.D.

# EXHIBIT T985-B

## (FILED UNDER SEAL)
## NOT REDACTED BY DEFENDANT

**REDACTIONS WERE IN ORIGINAL DOCUMENT**
**PRODUCED BY TIKTOK TO DEFENDANT**

# Exhibit 985

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**EXPERT REPORT OF**

**Arvind Narayanan, Ph.D.**

**May 16, 2025**

## Table of Contents

I. Executive Summary of Opinions ........ 4
II. Background and Qualifications ........ 5
III. Materials and Methodology ........ 8
IV. Background on algorithms including social media algorithms ........ 11
A. How modern algorithms work ........ 11
B. Social media recommendation algorithms ........ 14
C. Content moderation algorithms ........ 19
D. Product testing ........ 23
V. Meta's Algorithms ........ 24
A. Overview of recommendation algorithms ........ 24
B. Recommendation algorithms and Meta's business model ........ 30
C. Overview of content moderation algorithms ........ 36
VI. TikTok's Algorithms ........ 38
A. Overview of recommendation algorithms ........ 38
B. Recommendation algorithms and ByteDance's business model ........ 40
C. Overview of content moderation algorithms ........ 42
VII. YouTube's Algorithms ........ 43
A. Overview of recommendation algorithms ........ 43
B. Recommendation algorithms and YouTube's business model ........ 46
VIII. Snapchat's Algorithms ........ 49
A. Overview of recommendation algorithms and business model ........ 49
B. Details of recommendation algorithms ........ 51
C. Similarities and differences compared to other social media platforms ........ 52
IX. Problematic features of Defendants' algorithms ........ 55
A. Discovering behavioral proclivities ........ 55
B. Exploiting behavioral proclivities ........ 60
C. Problematic use as a consequence of algorithm design ........ 66
D. Rabbit holing as a consequence of algorithm design ........ 71
E. Defendants' product testing practices encourage addictive design ........ 75
X. Failure to warn ........ 78
A. Defendants' lack of transparency concerning their recommendation algorithms ........ 79
B. Community standards do not solve the transparency problem ........ 87
XI. Failure to adopt alternatives ........ 90

A. Content moderation cannot solve the problems of recommendation algorithms ......... 90
B. Alternative algorithms are available and have been deployed successfully ................. 96

[redacted]

[redacted] [redacted]

## VI. TikTok's Algorithms

### A. Overview of recommendation algorithms

107. Bytedance's main product is the TikTok app. One distinctive aspect of TikTok is that it is based around short videos in a vertical orientation. Launched in 2016, TikTok was a

---

[54] Meta, Transparency Center. Policies-Community Standards: Suicide, Self-Injury, and Eating Disorders. https://transparency.meta.com/policies/community-standards/suicide-self-injury/. Last visited May 13, 2025.

[55] Meta's Fourth Supp. Response to Interrog. 1.

[56] Meta's Resp. to Req. for Admission 8.

relatively late entrant to the social media landscape. Recommendation algorithms have been central to its operation since its inception.[57] Videos are typically less than one minute long, though as of 2022 the platform allows videos up to 10 minutes.

108. TikTok has a few surfaces including the "For You" and "Following" feeds. In the last two years the app has added other surfaces such as "Explore," a Shopping tab, and an optional STEM (Science, Technology, Engineering, and Mathematics) tab.[58] However, the vast majority of users' time is spent on the For You tab, which is based on algorithmic recommendations.[59]

109. Like other major platforms' recommendation algorithms, TikTok's has two main stages: candidate generation (or recall) and ranking. The first stage retrieves a few thousand candidate videos from the pool of billions of possible videos. The second stage is further broken down into two steps: one which narrows it down to a few hundred videos and a final step that selects the top 8 videos based on the user's predicted likelihood of engagement.[60]

110. Machine learning models are trained to make predictions in the ranking stage. The primary data for training these models is the record of all user engagement with all videos, which are converted into a more efficient format called embeddings.[61]

111. Due to TikTok's rapid rise in popularity, many people assume that TikTok's recommendation algorithm must have some secret sauce. Based on public information about the algorithm, I published an analysis in 2022 opining that, contrary to this view, TikTok's

---

[57] Palmer. How TikTok Became a Diplomatic Crisis. The New York Times. Dec. 20, 2022. https://www.nytimes.com/2022/12/20/magazine/tiktok-us-china-diplomacy.html.

[58] TikTok's STEM feed now available to all users by default. newsroom.tiktok.com. Nov. 4, 2024. https://newsroom.tiktok.com/en-gb/tiktok-stem-feed-now-available-to-all-users-by-default.

[59] Ruiz Dep., Ex. 19 at 15 ("Users spend 75% of their time in FOR YOU (recommended) feed."). By contrast, TikTok's head of operations has testified that only a "very miniscule" percentage of time spent on TikTok is in its friends tab. Felner & Heath. FTC v. Meta: The antitrust battle over WhatsApp and Instagram. The Verge. May 8, 2025. https://www.theverge.com/news/646809/ftc-v-meta-antitrust-monopoly-trial-instagram-whatsapp.

[60] TIKTOK3047MDL-004-00294090.

[61] TIKTOK3047MDL-004-00325425.

recommendation algorithm is of the standard kind that every major social media platform uses.[62] My analysis of TikTok's internal documents has confirmed this view. While TikTok's implementation does have various minor differences from those of other platforms, this is to be expected of any implementation.

112. Like other social media platforms, TikTok recommends posts based on the predicted likelihood of users engaging with those posts, not based on the content of the posts. As one internal document acknowledges, the "algorithm has no idea what type of content it is recommending to users."[63]

113. What is more distinctive about TikTok is the user interface design, notably the vertical video format, and the community of video creators that it has inculcated. TikTok is more successful than other apps at converting consumers into creators of videos, in part due to its design.[64] Since TikTok has had a recommendation-based feed since the beginning, the recommendation algorithm is more powerful on TikTok even if its logic is largely the same, because a greater fraction of what users consume is algorithmically recommended than on other major social media platforms.

**B. Recommendation algorithms and ByteDance's business model**

114. Like Meta with Instagram and Facebook, ByteDance generates revenues from TikTok primarily through advertising.[65] Ads are shown on the For You page among other surfaces. The amount of time that users spend on these surfaces directly translates to ad revenue. The core

[62] Narayanan. TikTok's Secret Sauce. Knight First Am. Inst. Dec. 15, 2022. https://knightcolumbia.org/blog/tiktoks-secret-sauce.

[63] TIKTOK3047MDL-004-00310982 at 00310984.

[64] Guinaudeau et al. Fifteen Seconds of Fame: TikTok and the Supply Side of Social Video. American University Press. 2022. https://kmunger.github.io/pdfs/tiktok.pdf; TIKTOK3047MDL-004-00290146.

[65] Curry. TikTok App Report 2025. Business of Apps. Mar. 18, 2025. https://www.businessofapps.com/data/tiktok-app-report/; Thomas & Criddle. TikTok advertisers prepare contingency plans as US ban looms. Financial Times. June 23, 2024. https://www.ft.com/content/058cab39-7de4-451b-942b-5fb27521d328.

metrics that TikTok tracks are DAU (the number of daily active users), user retention, and the amount of time on the app.[66]

115. TikTok uses machine learning algorithms to rank posts on the For You feed in order to maximize revenue-related metrics. As with Meta, TikTok faces the major difficulty that existing machine learning technology is not capable of effectively learning and predicting the relationship between how particular videos are ranked in a users' feed and metrics of interest like DAU. Accordingly, an internal document from 2022 acknowledges that "repeated adjustments" are required for the recommendation algorithm "to achieve the best results," consistent with the characterization that it involves guesswork and is not an exact science.[67]

116. Nonetheless, the importance of TikTok's recommendation algorithm to its business is unquestionable. In one internal presentation, TikTok answers the question "How recommendation drives TikTok business?"[68] The document succinctly explains how recommendations "affect ARPU [average revenue per user]": "Better recommendations -> better experience -> longer use time-> more ads." But the document also explains other ways in which TikTok's recommendation algorithm helps the company achieve its business goals. For instance, better recommendations help drive down user acquisition costs, among other ways by leading to "better experience -> word of mouth ads." And, the document observes that recommendations "affect user lifetime," that is the length of time that a user will continue using the platform: "Users are selling us their time in exchange for joy; better recommendations make this a better deal for them, making them more likely to use and stick around."[69]

---

[66] TIKTOK3047MDL-004-00294090; TIKTOK3047MDL-004-00290146.

[67] TIKTOK3047MDL-004-00310982.

[68] TIKTOK3047MDL-004-00290146.

[69] TIKTOK3047MDL-004-00290146.

### C. Overview of content moderation algorithms

117. TikTok has many efforts related to "Trust & Safety." Like Meta, TikTok has built classifiers to identify videos that violate its policies. The main policies relevant to the present matter are Youth Sexual and Physical Abuse, and Harassment and Bullying.[70]

118. Classifiers assign scores to each post that they process, representing the probability that the post is policy violating. If the score exceeds a specified threshold value, TikTok takes action on the video, including automatic removal, enqueueing for human review, applying a warning label, or decreasing how often the video is recommended to users.[71] The type of action depends on the type of violation and the score assigned by the classifier.

119. A 2022 document describes ongoing efforts to build classifiers for "grey area" videos to identify posts that are not strictly policy violating but nonetheless "low quality" and might "cause negative feedback or do harm to users' experience".[72] Such classifiers are not intended to be used to remove posts, only demote or "disperse" them, which refers to ensuring that a single user in a single session would not be recommended too many of such videos.

120. I have reviewed documents indicating there are significant gaps in the efficacy of TikTok's classifiers. For example, an internal presentation on minor safety from 2021 discusses the algorithms used to detect child sexual abuse material ("CSAM") and rates their maturity as "low-mid". For the policy against "Content depicting or promoting non-consensual sexual act involving minor," the automated system reportedly missed the majority of violative content. The presentation explains:[73]

> - 95% of the content with the term 'explore' and 'young boy' in Arabic is CSAM but it took us 3 months to get these hashtags removed and to start to enqueue this content for review. Huge organization complexities,

---

[70] TikTok. Safety and Civility. April 17, 2024. https://www.tiktok.com/community-guidelines/en/safety-civility.

[71] TIKTOK3047MDL-097-04005240.

[72] TIKTOK3047MDL-004-00310982.

[73] TIKTOK3047MDL-043-00834241.

inability to move quickly for high risk content, no specialized moderation teams, lack of investigative manpower

- We're trying to convert the keyword list to an NLP [natural language processing] model but need hundreds of thousands of pieces of content reviewed and we lack labelling resources to do so

121. These results are not consistent with TikTok's public-facing policy which states, "We do not allow showing, promoting, or engaging in youth sexual or physical abuse or exploitation. This includes child sexual abuse material (CSAM), grooming, sextortion, sexual solicitation, pedophilia, and physical or psychological harm of young people."[74]

122. In the documents I examined, TikTok's Trust & Safety efforts also seem to be reactive to public relations and government relations crises more than they are motivated by upholding its publicly stated policies. For example, in response to the 2021 Wall Street Journal investigations, TikTok built a series of machine learning models to detect certain types of content that were at issue. Internally, these models were referred to as the "WSJ models;" the timing and name together suggest that the focus was more on public relations than improving user outcomes.[75]

## VII. YouTube's Algorithms

### A. Overview of recommendation algorithms

123. Like TikTok, [redacted] short form videos TikTok is known for. [redacted]

[74] TikTok. Safety and Civility. April 17, 2024. https://www.tiktok.com/community-guidelines/en/safety-civility.

[75] TIKTOK3047MDL-002-00099913.

[redacted]

## IX. Problematic features of Defendants' algorithms

[redacted]

### A. Discovering behavioral proclivities

[redacted]

[redacted]

[redacted]

[redacted]

164. The "TikTok US Algo Playbook" presentation from 2019 explains that "All user actions, like clicks and playtime, are inputs used to predict a user's personality ..." confirming that TikTok's recommendation algorithm works by inferring behavioral attributes of users.[114]

[redacted]

[redacted]

[redacted]

[redacted]

[114] TIKTOK3047MDL-004-00325767.

[redacted]

a. As one TikTok document explains: "When we only know demography, we're in the cold-start recommendation phase. When we know their interests and intent, we recommend based on relevance and familiarity. When we know their many interests and what inspires them, help them explore new topics."[115]

[redacted]

[115] TIKTOK3047MDL-004-00290146.

[redacted].

[redacted]

168. As an illustrative example of the effectiveness of exploration, a Wall Street Journal investigation created bots, or automated accounts, with various interests and programmed them to use TikTok.[120] The investigation revealed how the algorithm attempts to discover these interests. For one bot programmed to engage with videos related to sadness and depression, the fifteenth recommended video, a mere three minutes into its use of TikTok, was a hit, and after that TikTok's algorithm gradually increased the fraction of such videos in the user's "For You" feed, eventually reaching 93%.

[redacted]

---

[redacted]

[120] Wall Street Journal. Investigation: How TikTok's Algorithm Figures Out Your Deepest Desires. WSJ Video. Jul. 21, 2021. https://www.wsj.com/video/series/inside-tiktoks-highly-secretive-algorithm/investigation-how-tiktok-algorithm-figures-out-your-deepest-desires/6C0C2040-FF25-4827-8528-2BD6612E3796.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

### B. Exploiting behavioral proclivities

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted] TikTok has an average engagement rate of about 3%.[133]

[redacted]

[redacted]

[redacted]

[redacted]

131 TIKTOK3047MDL-004-00325767; TIKTOK3047MDL-004-00294090; TIKTOK3047MDL-056-01028696.

[redacted]

133 SocialInsider. 2024 TikTok Benchmarks. Last visited Mar. 14. 2025. https://www.socialinsider.io/social-media-benchmarks/tiktok.

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

---

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

186. An internal TikTok document mentions feedback loops as one possible reason for rabbit holes:[139]

> … if Alice liked comedy videos and skip several sports/travel, algo will rank comedy videos better, and the recall system will learn that Alice tends to get more comedy videos, then Alice will receive more comedy and like more (reinforcement feedback loop, one kind of system bias). We are solving this.

[redacted]

[139] TIKTOK3047MDL-056-00952288.

[redacted]

[redacted] In fact, there are many courses on online learning platforms such as Skillshare promising to teach influencers on TikTok, [redacted] how to maximize the reach of their content by appealing to the algorithm.[143] [redacted]

[redacted]

---

[redacted]

[143] Huang. TikTok Class Is in Session. The New York Times. Dec. 27, 2022. https://www.nytimes.com/2022/12/21/technology/tiktok-influencer-classes.html.

[redacted]

[redacted]

C. **Problematic use as a consequence of algorithm design**

[redacted]

[146] Scanlon. What it takes to get paid by YouTube, TikTok and other social platforms. Digiday. Feb. 28, 2025. https://digiday.com/marketing/what-it-takes-to-get-paid-by-youtube-tiktok-and-other-social-platforms; [redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

204. A 2023 TikTok document involving user wellbeing surveys highlights 3 categories of problematic use:[158]

- Overuse: Excessive time spent on social media
- Distraction: Habituation leading to poor quality of time spent on social media
- Negative association: Negative affective state due to time spent on social media

205. Internal documents at TikTok also recognize the potential for addiction and problematic use. One example is an internal document discussing the desire to reduce "uninstall and re-install behaviours caused by addiction" as a value proposition for sustainable user growth.[159]

206. A 2021 TikTok document on digital wellbeing strategy highlights that the company is aware of user problems involving compulsive usage and lack of agency and the particular risk this poses to teens.[160]

---

[redacted]

[158] TIKTOK3047MDL-004-00151086; TIKTOK3047MDL-005-00325851 ( "As a user, I find TikTok to be 'too addictive'; the app is just too hard to put down.").

[159] TIKTOK3047MDL-169-LARK-07457474.

[160] TIKTOK3047MDL-024-LARK-00043038 at -00043045 ("compulsive usage on TikTok is rampant…"), -00043045 (adolescents are "more easily persuaded, there is a large population of them on TikTok (~30% DAU), and they likely don't understand risks of unhealthy usage as well as older users").

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

### D. Rabbit holing as a consequence of algorithm design

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] compared to TikTok.[172] [redacted]

[redacted] [redacted]

---

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] TikTok is aware that some of its users get sucked into rabbit holes. A July 2020 internal presentation discusses "Project Bubble," an effort to address the problem of users getting into a bubble, that is, a highly homogeneous feed.[174] It gives examples of real users' feeds that represent bubbles. For example, in "Bubble 2250," 73 out of the 126 most recent videos in the user's For You Page watch history were "conspiracy theory content". The document then suggests many ways to steer users out of rabbit holes.

220. But rabbit holes evidently remained a problem for TikTok, as demonstrated by Wall Street Journal investigations a year later,[175] and acknowledged in many internal documents.[176] These documents also make clear that rabbit holes are due to the design of the recommendation algorithm. They also acknowledged the impact on users: "a user will undergo pain and sadness after falling into negative affect filter bubble."[177]

221. A 2021 email from a member of TikTok's Trust & Safety Outreach and Partnerships team to members of the Digital Wellness Lab at Harvard Children's Hospital acknowledged many problems related to rabbit holes: "Users have reported feeling like they are trapped in a rabbit hole of what our algorithm thinks they like"; "Users spend longer than they want to in a single session";

---

[174] TIKTOK3047MDL-002-00064418.

[175] Wall Street Journal. Investigation: How TikTok's Algorithm Figures Out Your Deepest Desires. WSJ Video. July 21, 2021. https://www.wsj.com/video/series/inside-tiktoks-highly-secretive-algorithm/investigation-how-tiktok-algorithm-figures-out-your-deepest-desires/6C0C2040-FF25-4827-8528-2BD6612E3796; Barry et al. How TikTok Serves Up Sex and Drug Videos to Minors. Wall Street Journal. Sept. 8, 2021. https://www.wsj.com/tech/tiktok-algorithm-sex-drugs-minors-11631052944.

[176] TIKTOK3047MDL-002-00099983; TIKTOK3047MDL-002-00099913.

[177] TIKTOK3047MDL-004-00321395.

and "TikTok usage interrupts other important areas of people's lives like sleep, school, work, exercise, and relationships".

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

224. A standard feature of recommendation algorithms is called "diversity" and it has the potential to mitigate rabbit holing. This is closely related to the "exploration" aspect described above. However, the strength of the diversity feature implemented by platforms is often insufficient. For example, in the aforementioned Wall Street Journal investigation of TikTok, for a bot user that was programmed to engage with only one type of content, 93% of the recommendations were of this type of content and only 7% were other types of content.[180] The difficulty is that the algorithms can only discern engagement, not user's internal experience of that engagement, which could be fulfillment, regret, delight, anger, and so forth. While too little diversity leads to rabbit holing, too much diversity reduces engagement, which is the primary goal social media platforms are targeting.

[redacted]

**E. Defendants' product testing practices encourage addictive design**

[redacted]

[redacted]

[180] Barry et al. How TikTok Serves Up Sex and Drug Videos to Minors. Wall Street Journal. Sept. 8, 2021. https://www.wsj.com/tech/tiktok-algorithm-sex-drugs-minors-11631052944.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

236. TikTok has also confronted the tension between optimizing short and long-term metrics. Documents from 2021 regarding a planned launch of a Screen Time Management feature acknowledge that in the short term, a negative impact on metrics is likely, and call for a 180-day holdout experiment to test if it led to an improvement in user retention in the long run.[183] In my opinion, this was the correct approach to take, both from a user perspective and from a long-term revenue perspective.

237. In this instance, accepting a potential short-run drop in revenue and running a long-term holdout experiment was supported by internal decision makers. This is likely because this

[183] TIKTOK3047MDL-078-LARK-01711316.

feature had been in high demand and "[t]he past 2 years [had been] fraught with PR [public relations] and GR [government relations] issues for ByteDance and TikTok," as explained in the same document.

238. In general, however, 180-day holdout experiments are costly in terms of experimental budgets. Consistent with this, I have not seen evidence that long-term holdout experiments were routinely carried out by TikTok.

[redacted]

[redacted]

[redacted]

### X. Failure to warn

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

### A. Defendants' lack of transparency concerning their recommendation algorithms

[redacted] [redacted]

[redacted] [redacted]

[redacted]

185 Instagram, Help Center. How Instagram Feed Works. https://help.instagram.com/1986234648360433. Last visited on Mar. 13, 2025.

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**ii. TikTok**

254. TikTok's algorithms and their effects are opaque to users and researchers. TikTok has a transparency center, but its scope is content moderation, not the recommendation algorithm. TikTok's transparency reports provide visibility into "how we uphold our Community Guidelines and respond to law enforcement requests for information, government requests for content removals, and intellectual property removal requests."

255. TikTok has published articles online about how its recommendation algorithm works. For example, TikTok's newsroom has an article titled "How TikTok recommends videos #ForYou".[200] This article does contain helpful information, such as the fact that the user's "first set of likes, comments, and replays will initiate an early round of recommendations as the system begins to learn more about your content tastes." It also tells users how to indicate that they are not interested in a video. But it falls well short of providing a complete list of signals used by the algorithm. For example, does the amount of time spent viewing a video affect future recommendations? The user has no way to find out. Nor has TikTok disclosed the relative weight given to different types of engagement actions in ranking. All of these inhibit users' ability to control their feeds.

[redacted]

[200] TikTok Newsroom. How TikTok recommends videos #ForYou. Jun. 18, 2020. https://newsroom.tiktok.com/en-us/how-tiktok-recommends-videos-for-you.

256. TikTok does not tell users why specific videos are shown to them. In late 2022 it launched a feature called "Why you're seeing this video".[201] The launch gained significant media attention. However, the feature has since been removed. Even when it existed, the feature was very superficial (as illustrated below), suggesting that its primary purpose was public relations rather than helping users.

**Figure 9: TikTok App Image**




257. Specifically, the feature gave users information that they already had while withholding information that would actually be useful to someone seeking to control what is

---

[201] TikTok, Safety. Learn why a video is recommended for you. TikTok, Safety. Dec, 20, 2022. https://newsroom.tiktok.com/en-us/learn-why-a-video-is-recommended-for-you.

presented to them on their "For You" page. There were three possible reasons that were provided for why a video was recommended: engagement history, social graph (who the user is following), and location (the latter two are seen in the screenshot). However, the engagement history explanation merely stated in conclusory form that the recommendation was based on the user's engagement history—rather than specifying *which* engagements led to the recommendation. As such, the information was not actionable by a user seeking to control their future recommendations. The social graph explanation was also of minimal value, because the great majority of "For You" posts for most users aren't from accounts they follow. Finally, the disclosed locations are at the granularity of countries, which also provides minimal information.

258. TikTok has internally built tools to take the user interests inferred by the algorithm in the form of "embeddings" and make them interpretable in the form of "taste clusters".[202] However, this or any other informative explanation has not been made available to users in the user interface.

259. In the absence of useful transparency from TikTok, users have many flawed assumptions about how the algorithm works, such as the belief that piling up hashtags on videos will increase distribution on the For You page.[203] This has given rise to "algorithmic folklore" around ideas such as "shadowbanning," the perception of having one's posts or videos suppressed without warning.[204] Further, users are not provided with sufficient information they could use to recalibrate their recommendation algorithm, for instance to escape from problematic "rabbit holes" (a phenomenon discussed further in Section VII below).

---

[202] TIKTOK3047MDL-004-00325425.

[203] Klug et al. Trick and Please. A Mixed-Method Study On User Assumptions About the TikTok Algorithm. WebSci '21, Virtual Event, United Kingdom. Jun. 21–25, 2021. https://dl.acm.org/doi/pdf/10.1145/3447535.3462512.

[204] Savolainen. The shadow banning controversy: perceived governance and algorithmic folklore. Media, Culture & Society. Mar. 12, 2022. https://doi.org/10.1177/01634437221077174.

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

### B. Community standards do not solve the transparency problem

[redacted] [redacted]

[redacted]

---

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted][redacted] [redacted][redacted]

[redacted] [redacted][redacted] [redacted][redacted] [redacted]

---

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## XI. Failure to adopt alternatives

### A. Content moderation cannot solve the problems of recommendation algorithms

[redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted]

[redacted]

[redacted] [redacted]

276. TikTok's aforementioned "Project Bubble" presentation notes "grey-area policy cases" — that is, videos that are not violative on their own — as a cause of rabbit holes and notes that "On a one-off basis they pose little risk of harm, but that's not the case if all grey-area cases of a particular type of content are concentrated on a user's feed."[222]

277. Another TikTok document noted that "WSJ report criticized that we put minors to exposure of successive sexualized and drug content, which 55% turned out to be "grey-area" content not covered by current policy.... This reminds us there does exist a huge gap between "contents that could be recommended in a row" and "contents that are not appropriate to be recommended"."[223]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted] [redacted]

[222] TIKTOK3047MDL-002-00064418.

[223] TIKTOK3047MDL-004-00321395.

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

---

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

**B. Alternative algorithms are available and have been deployed successfully**

[redacted] [redacted]

---

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

- [redacted]
- [redacted]
- [redacted][redacted]

[redacted] [redacted][redacted]

[redacted] [redacted][redacted] [redacted]

---

[redacted] [redacted]

[redacted]

[redacted] [redacted]

296. In the wake of pressure from policy makers following the 2021 Wall Street Journal investigations, TikTok planned a non-personalized feed feature.[239] However, this feature was put "on hold" and never launched in the United States.[240] This is despite the fact that TikTok did launch a non-personalized feed in the European Union in order to comply with the Digital Services Act.[241]

[redacted]

[239] TIKTOK3047MDL-004-00316863.

[240] TIKTOK3047MDL-002-00091621.

[241] TikTok. An Update on Fulfilling our Commitments Under the Digital Services Act. August 4, 2023. https://newsroom.tiktok.com/en-eu/fulfilling-commitments-dsa-update.

[redacted]

[redacted]

[redacted] TikTok deployed in-feed user surveys not earlier than 2020, as a document from that year describes the feature as being in progress.[246]

[redacted]

[246] TIKTOK3047MDL-060-01173050.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

302. A 2022 TikTok document notes that "Currently we lack negative user feedback towards content, which leads to recommending minority interest to the majorities, such as cringey and childish content."[250] TikTok later added a "Not Interested" option, but it is buried in a screen that comes up when the user taps the "Share" icon.

[redacted]

[redacted]

[redacted]

[redacted].

[250] TIKTOK3047MDL-004-00310982.

[redacted]

[redacted]

[redacted] [redacted]

307. TikTok, [redacted] provides only minimal user controls relative to what is technologically feasible, most of which were added recently. In 2023 it started offering the ability to reset recommendations — a key feature that allows users a chance at a fresh start if they have fallen into a rabbit hole.[255]

[redacted] [redacted]

[redacted]

[redacted]

---

[redacted] [redacted]

[255] Grover & Wang. Introducing a way to refresh your For You feed on TikTok. TikTok, Safety. Mar. 16, 2023. https://newsroom.tiktok.com/en-us/introducing-a-way-to-refresh-your-for-you-feed-on-tiktok-us.

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Arvind Narayanan, Ph.D.

# EXHIBIT Y985-A

## (FILED UNDER SEAL)
## NOT REDACTED BY DEFENDANT

**REDACTIONS WERE IN ORIGINAL DOCUMENT**
**PRODUCED BY YOUTUBE TO DEFENDANT**

# EXPERT REPORT OF

**Arvind Narayanan, Ph.D.**

**May 16, 2025**

[redacted]

121. [redacted]

122. [redacted]

## VII. YouTube's Algorithms

### A. Overview of recommendation algorithms

123. Like TikTok, YouTube primarily features video, though it is not restricted to the short form videos TikTok is known for. Like other platforms, YouTube uses both recommendation algorithms and content moderation classifiers to determine what content is recommended on various YouTube surfaces. The surfaces on which recommendations appear include:

**Table 3: YouTube surfaces that use ranking algorithms**

| Surface | Launch date | What is recommended |
|---|---|---|
| Home | Introduced prior to 2012[76] | Videos from subscribed creators and non-subscribed creators. |

[74] [redacted]

[75] [redacted]

[76] YouTube Official Blog. New YouTube homepage launches to all users. Jan. 19, 2011. https://blog.youtube/news-and-events/new-youtube-homepage-launches-to-all/.

| | | |
|---|---|---|
| Watch Next | Introduced prior to 2012[77] | Videos from subscribed creators and non-subscribed creators, tailored to the context of the current video that the user is watching. |
| Search | Introduced prior to 2012[78] | Videos from subscribed creators and non-subscribed creators, tailored to the context of the user's search query. |
| Shorts Player | Introduced in U.S. in March 2021[79] | Short form video content from subscribed creators and non-subscribed creators, originally up to 60 seconds in length, later increased to 3 minutes. YouTube recommends Shorts be 15 seconds in length. |
| YT Kids Home | Launched 2015 | YouTube Kids is a separate application featuring a restricted inventory of long form videos and some short form videos. Like the main YouTube app, it has many surfaces. |

124. Similarly to the Meta and TikTok recommendation algorithms, the YouTube recommendation algorithm functions in a two-step process. The first step, candidate generation (sometimes referred to as nomination by YouTube), identifies a few thousand potential candidates for recommendation from the billions of videos available in the YouTube corpus. Candidates for recommendations may include additional videos from watched creators, the next video in a series, videos on topics ("legos" in YouTube parlance) similar to previously watched videos, videos identified by co-watch tables, or trending videos, among other methods. Once the candidate videos are identified, they are evaluated and ranked according to their likelihood of achieving YouTube defined goals.

125. For many years, YouTube optimized its recommendations system to maximize watch time. Cristos Goodrow, YouTube Vice President of Engineering for Search and Discovery,

---

[77] Meyerson. YouTube Now: Why We Focus on Watch Time. YouTube Official Blog. Aug. 10, 2012. https://blog.youtube/news-and-events/youtube-now-why-we-focus-on-watch-time/; Marquardt. A new mobile design for your Home. YouTube Official Blog. Apr. 26, 2016. https://blog.youtube/news-and-events/a-new-mobile-design-for-your-home/.

[78] YouTube Official Blog. Your Features Have Arrived! Feb. 27, 2006. https://blog.youtube/news-and-events/your-features-have-arrived/.

[79] YouTube Official Blog. Bringing YouTube Shorts to the U.S. Mar. 18, 2021. https://blog.youtube/news-and-events/youtube-shorts-united-states.

started at YouTube in 2011. At that time, YouTube's recommendation system was optimized to maximize clicks and views. Mr. Goodrow, in a memo entitled "Watch Time, and only Watch Time" proposed instead to optimize the recommendation system to maximize watch time:[80]

**Figure 4: Excerpt from GOOG-3047MDL-02185100**

> I think we need a discussion about watch time, and whether it is our primary goal to increase this measure. Folks across the organization hold a wide variety of positions on this, and I think it will become increasingly difficult to work together without some kind of consensus.
>
> Proposal: All other things being equal, our goal is to increase (video) watch time.

126. Mr. Goodrow went on to note that this focus meant "essentially ignoring the initial intention the user had when coming to YouTube if it helps to increase entertainment (measured via watch time)."[81] The proposal to focus the recommendation system on watch time was adopted and implemented the next year in 2012.

127. Watch Time remained the singular focus for YouTube's recommendation system for several years, when additional metrics were introduced, as I describe below.

128. YouTube employs an experimentation platform called RASTA that allows it to measure the effectiveness of small changes to the recommendation system. YouTube evaluates and adopts hundreds of these changes every year to improve the effectiveness of its recommendation system. In 2018, for example, there were 338 changes made to the recommendation system, resulting in a 13.7% increase in "YouTube Time."[82]

---

[80] GOOG-3047MDL-02185100.

[81] GOOG-3047MDL-02185100.

[82] GOOG-3047MDL-01648844.C007. YouTube Time is a broader measure of the amount of time users spend on the application that includes things like scrolling; however, watch time is by far the largest component of YouTube Time.

**Figure 5: Excerpt from GOOG-3047MDL-01648844.C007**




129. YouTube also uses content moderation classifiers that may impact candidate generation or ranking. YouTube first employed classifiers in this way beginning in 2011 to identify racy or violent videos and prevent them from being recommended.[83]

**B. Recommendation algorithms and YouTube's business model**

130. Like the other Defendants, YouTube generates revenue primarily through advertising (about 70%), with subscriptions contributing the remainder (about 30%).[84] YouTube ads also take the form of videos, some which can be skipped and others which cannot.[85] The

[83] Google LLC and YouTube, LLC's Responses and Objections to MDL Personal Injury Plaintiffs' Third Set of Interrogatories, Interrogatory No. 6.

[84] Alphabet Inc. SEC Form 10-K, For the fiscal year ended December 31, 2024. https://abc.xyz/assets/77/51/9841ad5c4fbe85b4440c47a4df8d/goog-10-k-2024.pdf, at p35; Alphabet Inc. Alphabet Announces Third Quarter 2024 Results. https://abc.xyz/assets/71/a5/78197a7540c987f13d247728a371/2024q3-alphabet-earnings-release.pdf.

[85] YouTube, Help Center. About video ad formats. support.google.com. https://support.google.com/youtube/answer/2375464. Last visited May 13, 2025.

amount of time that users spend on YouTube directly translates to ad revenue. The core metrics that YouTube tracks are watch time (over some duration), time spent on the app (over some duration), DAU (daily active users), and variants thereof.

131. In using machine learning algorithms to recommend videos on various surfaces, YouTube—like other Defendants—faces the difficulty that existing technology cannot directly optimize metrics of interest such as DAU. Thus, YouTube also uses engagement-based proxy metrics in its algorithms such as the predicted watch time of a recommended video.

132. YouTube recognized the limitations of engagement optimization early on. Since 2016, it has included user "satisfaction" alongside engagement as a metric to optimize for. This is a laudable goal, but YouTube's implementation fell short of the aspiration.

133. Satisfaction is measured in three ways.[86] Each of those has serious limitations, and my opinion is that YouTube was not able to truly move away from engagement optimization.

134. The first category of user satisfaction metrics is using metrics such as Likes and Dislikes. Although YouTube apparently classifies these as different from "engagement," this is a distinction without a difference. These are still actions that users take "in the moment," rather than after reflection or retrospection, and without any communication in the user interface that these actions are being used to tune recommendations. They do not constitute "System 2" signals which better represent users' forward looking goals and aspirations rather than impulsive decisions.[87]

135. The second category of user satisfaction metrics is Long-Term Value.[88] This is not clearly defined, but I have gleaned from documents that it is measured in time horizons of 30 minutes, or one day or at most a few days. The concept appears to be intended to capture cases where watching one video in a series may lead to other videos in the series, which means that

---

[86] GOOG-3047MDL-00035930.

[87] Moehring et al. Better Feeds: Algorithms That Put People First - A How-To Guide for Platforms and Policymakers. Knight Georgetown Inst. Mar. 4, 2025. https://kgi.georgetown.edu/wp-content/uploads/2025/02/Better-Feeds_-Algorithms-That-Put-People-First.pdf.

[88] GOOG-3047MDL-00035930.

recommending the first video is more valuable (to YouTube) than would appear from focusing purely on that video's watch time. In other words, YouTube's conception of long-term value is not consistent with how that term might be commonly understood and is just another expression of time spent.

136. The third category of satisfaction metrics is about whether users valued or regretted watching certain videos. This is measured through surveys. For example, YouTube might occasionally ask a user whether a recommended video is a good recommendation for them. While this gets closer to measuring value to users, unfortunately, surveys, at least as implemented by YouTube, have major limitations as a way of measuring satisfaction. YouTube acknowledged this: "Surveying actual users somewhat mitigates this issue [the difficulty of measuring user satisfaction] but is also very unreliable."

**Figure 6: Image from the "CrappyDesign" subreddit.**[89]




[89] Reddit Crappy Design Subreddit. "YouTube asked me to rate a suggestion, without letting me watch it first." 2019.

137. Specifically, the user must make a decision regarding the value of a recommendation before having actually watched the video. YouTube acknowledged that users are "unable to judge content quality without clicking."[90]

[redacted]

138. [redacted]

[redacted]

139. [redacted]

140. [redacted]

141. [redacted]

- [redacted]

https://www.reddit.com/r/CrappyDesign/comments/ctg8e4/youtube_asked_me_to_rate_a_suggestion_without/.

[90] GOOG-3047MDL-00035930.

# EXHIBIT M219

## (FILED UNDER SEAL)
## UNREDACTED

# The Feed Transparency Effect: A Comparison of Objective Ranking and Ranking Perceptions

An investigation comparing perceptions of fairness and equity of chronological feed to ranked feed.

# The Team (Alphabetically)

Brian d'Alessandro
Data Science Manager
Equity

Stacey Houston
UX Research
Equity

Randy Illum
UX Research
Relevance Integrity

Daniel Lin
Data Science
Relevance Integrity

Alana Shine
Research Science
Feed Relevance

# Methods: A brief description

Below provides a brief description of the methodologies used as part of this effort's investigation into perceptions of feed ranking. **A high-level understanding of these methods will help to frame the tl;dr that are detailed the following slides.**

| Two Week Diary Study | | Production Analysis |
| --- | --- | --- |
| **Week 1: Pre treatment**<br>All participants in ranked feed | **Week 2: Post treatment**<br>Two-Thirds of participants moved into chrono feed | **Reviewed Variance in Ranking** |
| **Log Data Analysis**<br>All participants time spent, meaningful engagement, and number of sessions reviewed | | **Long-term chrono hold out compared to ranking** |

# People's perceptions of feed is their feed experience.

## Key Observations

The data from this study found that feed ranking provides an overall experience.

However, when people were explicitly told they were being moved into chronological feed it significant positive impacts on their perceptions of feed.

1. **Chronological feed alone does not result in a better experience than ranking.**
2. **However, telling people they were being moved into chronological feed did have a positive impact on perceptions of fairness and equity.**
3. **Ranking results in more meaningful engagement and connects people with more friends and family content while increasing the number of sessions and time spent when compared to chronological feed.**

# TLDR: Implications

Overall, ranked feed was found to be more engaging for users, especially so for helping people reach their close friends.

**The feed transparency effect** is a concept derived from this study which suggests that directly communicating with our community about their ranking experience is fundamental to creating a positive experience.

1 People do not think feed ranking is fair and generally attribute the unfairness to how their friends and family posts are treated.

**Ranking perceptions are people's experience. We need to stop treating ranking metrics and people's perceptions as distinct measures.**

2 Transparency about how ranking works appears to be as important as ranking itself, we need to be much more communicative, and transparent about ranking!

**Transparency, more transparency, and proactive communication about feed ranking is needed!**

3 The feed transparency effect also extends to and in some cases is more pronounced for many underserved communities. This supports the finding that these groups feel they are being treated unfairly and/or inequitably on ranked feed.

**We need to do more to support underserved ethnic and racial communities on feed, with a specific focus on women.**

# TLDR:
# Recommendations

All teams working on ranking or recommendations should consider having transparency and control included in their strategy. Without these elements, perceptions of fairness along with trust will decrease.

1 Ranking perceptions are people's experience. We need to stop treating ranking metrics and people's perceptions as distinct measures.

**When we are looking at engagement metrics they should be shown alongside with, or augmented with survey data that includes our community's perceptions of ranking. QE and other log data metrics are only providing part of the story.**

2 Transparency, more transparency, and proactive communication about feed ranking is needed.

**Instagram should be explaining, in-app and in colloquial language, how algorithmic decision making impacts their experience. We need to demystify all processes. External comms should be part of this process, but in addition to in-app education.**

3 We need to do more to support underserved ethnic and racial communities on feed, with a specific focus on women.

**Perceptions of fairness and equity appear to be understood as distinct concepts to our community. As we continue work in the space of equity we must consider both perceptions and how product changes impact both independently.**

# What we did

## Investigation Methods

The color coded circles that accompany each method will be used to indicate which method is being discussed in each section.

1. Conducted a 2-week diary study
2. Reviewed variance in ranking
3. Reviewed diary study participants' in-app behaviors (i.e. via logged data)
4. Compared long-term chrono holdout to ranked

# Two Types of Ranking

Both chronological and ranked feed were used to create the treatment groups for this study.

Additional details on this methodology will be provided in the following slides.

## Chronological (Chrono) Feed

puts every post in reverse chronological order. The newest post is shown at the top of a person's feed, while the oldest is at the bottom.

## Ranked Feed

puts posts in a nonlinear, non-time specific order. The placement (e.g., rank) of a post is determined by a number of factors, commonly known as "the algorithm."

## 1 Methods

# Conducted a two week diary study

The study included 305 people from across the United States who answered the same set of questions daily over the course of the two weeks.

The study included both teen and adults, a mix of genders, and race and ethnicities.

For the two chrono groups week 1 is considered to be **pre** treatment and week 2 is considered to be **post** treatment.

In general, each respondent ended the study with 14 responses, one for each day of the study. This was split evenly between pre and post: 7 response pre and 7 responses post.



# 1 Methods

## Diary Study Timeline

**Ranking Only**
Were in ranked feed for both weeks of the study.

**Chrono Unprimed**
In ranked feed for week 1, then moved into chrono feed in week 2, **but not told their experience was changing**.

**Chrono Primed**
In ranked feed for week 1, then moved into chrono feed in week 2, **but told their experience was changing**.




12

# 1 Methods

## Recruitment Details

- US Only
- Daily Instagram users
- A mix of people who have positive sentiment of feed ranking, think ranking is unfair or inequitable, and who think feed doesn't treat their friends and family content fairly.

**Teen or Adult**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | teen | 56 | 18.4 | 18.4 | 18.4 |
| | adult | 249 | 81.6 | 81.6 | 100.0 |
| | Total | 305 | 100.0 | 100.0 | |

**Gender**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | male | 1 | .3 | .3 | .3 |
| | man | 102 | 33.4 | 33.4 | 33.8 |
| | non_binary | 9 | 3.0 | 3.0 | 36.7 |
| | woman | 193 | 63.3 | 63.3 | 100.0 |
| | Total | 305 | 100.0 | 100.0 | |

**Ethnicity**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | | 8 | 2.6 | 2.6 | 2.6 |
| | American Indian or Alaska Native | 3 | 1.0 | 1.0 | 3.6 |
| | Asian | 43 | 14.1 | 14.1 | 17.7 |
| | Black or African American | 77 | 25.2 | 25.2 | 43.0 |
| | Hispanic or Latinx | 39 | 12.8 | 12.8 | 55.7 |
| | Middle Eastern or North African | 8 | 2.6 | 2.6 | 58.4 |
| | Other | 1 | .3 | .3 | 58.7 |
| | Prefer not to say | 7 | 2.3 | 2.3 | 61.0 |
| | White | 119 | 39.0 | 39.0 | 100.0 |
| | Total | 305 | 100.0 | 100.0 | |

## 2 Methods

# Investigated variance in ranking

In ranking, we combine **predictions** for engagement events (like, comment, etc.) with a feed post to comprise a single **ranking score**. Posts are shown descending order by their ranking score showing the post we predict will have highest engagement at the top of feed.

1. **How good are our predictors at predicting engagement across gender?**
2. **How do the distributions of ranking scores vary across gender demographics?**

3 **Methods**

# Methodology

## Reviewed diary study participants' in-app behaviors.

We measured participants' daily engagement across a set of metrics to understand the effect of different treatments on in-app metrics.

1. **Collected daily reads of Meaningful Engagement, Number of Sessions, Time Spent on App, and Daily Use, for the duration of the study and 30 days before**
2. **Performed Regression analysis to measure the different treatment effects on engagement outcomes****

**These groups are not mutually exclusive. Specifically Treatment group C is a subset of B*
***We did Fixed Effect regression for continuous outcomes and Logistic for binary (l1) Analysis notebook can be found here: .https://www.internalfb.com/intern/anp/view/?id=530539*

# How do people evaluate fairness & equity of feed?

Through the study's open-ended responses we were able to learn about how people evaluate feed ranking fairness.

## Fairness

The lack of F&F content and/or the 'clumping' (e.g., same account's posts/types of posts in a row) suggest to people that ranking is unfair. People expect to see F&F posts in addition to a diversity of topics and authors.

## Equity

**Theme 1**: Many people think that if smaller IG accounts and/or F&F aren't see as much as larger IG accounts this in inequitable.

**Theme 2**: When people do not see the topics that are part of their identity (e.g., activists, social causes, social justice) or posts shared by people in their community is when people feel that feed is inequitable.

4 **Methods**

# Compared long-term chrono holdout to ranked

We compared a set of engagement metrics between people in the test and control group of IG Feed Ranking long-term holdout.

People in control group receive current production version of Ranked Feed, and people in test group have been in Reverse Chronological Feed since 2016.

The comparison will show us long-term behavioral outcome of Ranked Feed, compared to Reverse Chronological Feed.



# Research Questions

1. Does Feed ranking have a direct negative impact on people's Feed experience?
2. Does Chrono Feed lead to decreased perceptions of unfairness or inequity compared to ranked Feed?

# Hypotheses

1. When the participants are put into chronological Feed, even if they don't realize this change has occurred, their responses to the daily questions about what they have seen or not seen will be impacted.

2. Alerting people that their Feed is in chronological order will improve their sentiment and perceptions of Feed, independent of their actual feed experience.

1

# What are people's perceptions of ranking?

**People do not think feed ranking is fair and generally attribute the unfairness to how their friends and family posts are treated.**

# Overall, people have negative perceptions of feed ranking

In the screener for this study, about half of participants responded saying that feed ranking is between neither fair nor unfair and very unfair which suggests they have a negative perceptions of feed.




n = 977, data from this study's screener. Link to findings.

# The negative perception likely driven by people feeling that the order of their feed causes them to miss their friends and family content

About 45% of participants felt they were missing some of their friends and family throughout the study. Of this group a quarter felt the order of their feed is what made them miss what they shared.



# Friends and family posts are thought to be treated unfairly the most often.

Of the people who felt their feed wasn't ranked fairly (~25% of total), 65% felt their friends and family content wasn't being treated fairly."



1

# What happens when we put people into chronological feed?

**Transparency about how ranking works appears to be as important as ranking itself, we need to be much more communicative, and transparent about ranking!**

**This study focused on five key factors of a person's Feed experience.**

## Instagram Enjoyment

Thinking about each time you used Instagram today, overall how enjoyable did you find it?

## Friends and Family

About how much of what your friends and family shared to their Feed today do you think you saw?

## Interests

About how much of what the interest accounts shared to their Feed today do you think you saw?

## Feed Ranking Fairness

How fairly or unfairly do you think the Posts on your Feed were ranked today? This is the order the Posts were shown.

## Feed Equity

How equitably do you think Instagram treated the Posts on your Feed today?

# The primed chronological group had statistically significant increase in perceptions of ranking fairness.

The graph below highlights the relatively large mean increase between pre and post treatment for the chrono primed group's (green) perception of ranking fairness. Interestingly, the unprimed group stays about the same.




The higher the mean score, the more fair people felt ranking was. Pre denotes the first week of the study where the participants were in ranked feed, and post is the second week of the study where the chrono primed group was told they were in chronological feed. $p<.05$ in two-way ANOVA

# The primed chronological group also had the largest increase in perceptions of ranking equity.

All groups had positive increases in their perceptions of ranking equity from pre- to post-treat, but the primed chrono group's increase was the greatest. All groups increasing suggests that intentionally considering equity may have positive effects independent of any treatment.




The higher the mean score, the more equitable people felt ranking was. Pre denotes the first week of the study where the participants were in ranked feed, and post is the second week of the study where the chrono primed group was told they were in chronological feed $p<.05$ in two-way ANOVA

# People who were not directly told they were moved to chrono feed had the worst overall experience.

The table below suggests people who were in the primed chrono group had the largest increase between pre and post across nearly perceptions assessed, while the unprimed chrono group had the smallest increases across nearly perceptions.

**Difference between pre and post treatment for each of the five factors investigated**

| | Enjoyment | F&F Content | Interest Focused Content | Ranking Fairness* | Ranking Equity* |
|---|---|---|---|---|---|
| Chrono Not Primed | +0.05 | +0.16 | +0.23 | +0.05 | +0.16 |
| Chrono Primed | +0.16 | +0.18 | +0.28 | +0.43 | +0.44 |
| Ranking Only | +0.13 | +0.24 | +0.18 | +0.18 | +0.3 |

This table shows the differences in means between pre and post test. Green highlighted cells show the largest positive difference for each question while red shows the smallest positive difference. The higher the number, the more positive the sentiment gain. * denotes statistically significant differences

**"I noticed today that it took me 30+ posts on my feed to find a post from someone that I actually know in real life. Every other post was from a celebrity, brand, interest page, or influencer. It honestly was shocking - I always felt it was skewed but did not notice how skewed until right now. It could be that my friends aren't sharing to the feed anymore, but it's so skewed that it feels unfair"**

-John, He/Him/His, Not primed chrono group

**There was no significant increase for overall enjoyment, F&F, and interests for any group.**

## Chrono alone isn't a good experience

The group that was moved into chrono feed, but wasn't informed about the change, **had the worst overall experience** of the three treatment groups included in this study.

## Ranking Perceptions Matter

Overall, this suggests that people's perceptions of ranking's fairness and equity are only partially related to how ranking treats their F&F and interest content. **Communicating how ranking works and what people should expect to see is also an important element perceptions of ranking.**

# What is ***the Feed Transparency Effect?***

This study found that directly communicating with participants that they were in chronological feed resulted in **statistically significant positive changes in perceptions of the feed's fairness and equity.**

In contrast, the unprimed chrono group, saw **no increase** in perceptions of feed ranking's fairness or equity.

**The feed transparency effect** suggests that directly communicating with our community about their ranking experience is fundamental to creating a positive experience.

1

# How do race/ethnicity and gender impact the Feed Transparency Effect?

**The ranking transparency effect also extends to and in some cases is more pronounced for many underserved communities. This supports the finding that these groups feel they are being treated unfairly and/or inequitably on ranked feed.**

# The cognitive load of considering equity is inequitable.

**In the graph below depicts the % of people who have NOT considered the equity of ranking**. People who have self-identified as a being White are much more likely to have never considered the equity of ranking. This finding extends to considerations of ranking fairness.




The percentages in each bar represent the percentage of each race or ethnicity that responded "this isn't something I've considered" to this question. n = 977, data from this study's screener. Link to findings.

# Underserved racial and ethnic communities experienced the positive changes to perceptions of fairness from the ranking transparency effect.

Many people in underserved racial or ethnic communities in the **unprimed chrono** group had a slight decrease in perceptions fairness, and increased fairness perceptions in the ranking and primed chrono group. However, in the the self-identified White group there was an increase.

This suggests that transparency effect does support underserved communities in meaningful ways, **but there is still work needs to be done to support underserved communities as they likely have less trust in our processes.**

**Perceptions of Ranking Fairness: Pre and Post Comparison**

| | Asian | Black or African American | Hispanic or Latinx | White |
|---|---|---|---|---|
| Chrono Not Primed | -0.1 | +0.1 | -0.1 | +0.2 |
| Chrono Primed | +0.3 | +0.4 | +0.3 | +0.5 |
| Ranking Only | +0.2 | +0.4 | +0.3 | +0.1 |

This table shows the differences in means between pre and post test. Green highlighted cells show the largest positive difference within each group, while red shows the smallest difference. The higher the number, the more positive the sentiment.

A person's self-identified ethnicity was found to be statistically significant factor. $p<.05$ in two-way ANOVA

# People who identified as Black or African American experienced the largest positive changes to perceptions of equity due to the ranking transparency effect.

Perceptions of equity increased the most within the chrono primed group. Underrepresented communities in unprimed chrono group perception's did not change while people who self-identified as White had a positive sentiment increase.

**The need for transparency to better support underserved communities is showcased in the fact that White participants had a positive reaction to the unprimed chrono experience which is in contrast to the underserved communities experience.**

**Perceptions of Ranking Equity: Pre and Post Comparison**

| | Asian | Black or African American | Hispanic or Latinx | White |
|---|---|---|---|---|
| Chrono Not Primed | +0.1 | +0.1 | 0 | +0.3 |
| Chrono Primed | +0.4 | +0.6 | +0.4 | +0.4 |
| Ranking Only | +0.3 | +0.3 | +0.3 | +0.2 |

This table shows the differences in means between pre and post test. Green highlighted cells show the largest positive difference within each group, while red shows the smallest difference. The higher the number, the more positive the sentiment.

A person's self-identified ethnicity was found to be statistically significant factor. $p<.05$ in two-way ANOVA

# The ranking transparency effect had the greatest positive impact on people who self-identified as being a woman.

Women in chrono primed group had significant increases in perceptions of fairness and equity (green line). **This sharp increase was not observed for people who self-identify as being a male.**

Perceptions of Fairness




Perceptions of Equity




The higher the mean score, the more fair or equitable people felt ranking was. Pre denotes the first week of the study where the participants were in ranked feed, and post is the second week of the study where the chrono primed group was told they were in chronological feed. $p<.05$ in two-way ANOVA

2

# Despite perceptions of ranking, is ranking objectively fair?

# Predictor performance and ranking score distributions across gender demographics

# Overall, predictor performance is equal across gender demographics

The AUC (Area Under the Receiving Operator Curve) for each gender demographic (**author** side) was within **.03** of the AUC across all groups for all predictors. AUC captures how separable the predictions of positive and negative examples are at different thresholds with a best possible score of 1.

Like Predictor, representative of typical performance




Session (at least 5 posts) Predictor, our predictor with the worst performance




We also looked at calibration error, precision, and recall and all gender demographics performed similarly to one another for each of these metrics. We note that for the custom gender, there were on the order of 100 fewer data points than the other gender groups.

# Overall, predictors are well calibrated across gender groups

A well calibrated model means the event we are predicting to happen happens at the rate we predict it to happen.
Equal calibration across groups implies an equality of treatment condition.

The difference between the average predictions and average label are within .05 (well calibrated) for all demographics and models and the largest gap difference  between demographics is within .01.



# Overall, our raking scores are distributed similarly across each gender demographic

We looked at the average normalized ranking scores for content created by each gender demographic group within 10,000 randomly sampled sessions of size at least 30.

The custom gender group had slightly higher ranking score on average then the other gender demographic groups.




| | Mean | Standard Deviation |
|---|---|---|
| All groups | 0.51 | 1.17 |
| Custom | **0.65** | 1.15 |
| Female | 0.52 | 1.23 |
| Male | 0.55 | 1.16 |
| Unknown | 0.49 | 1.19 |

3

# Does engagement reflect perceptions?

# People in chrono feed treatment groups had significant drops in Meaningful Engagement and Time Spent

# After the start of the chrono treatments, there was a visible decline in meaningful engagement for the chrono groups***.

We explored both difference-in-difference and fixed effect regression methods to specifically test for this effect. All effect sizes and std-errors are estimated using the fixed effect approach.




*This result could be confounded with time. The experiment started on 3/16. If there was a global increase in engagement at this time (and to the best of our knowledge there isn't), the same effect would be detected. In future studies we'll consider a global holdout to avoid this confounding issue.
** All error bars here represent 99% confidence intervals. We chose a more conservative CI level to account for the multiple comparisons involved here.
***For more information on meaningful engagement place refer to this wiki: https://www.internalfb.com/intern/wiki/Instagram_Meaningful_Engagement/

# Chrono feed had negative impact on time spent too.

1. For each metric we detect an 'in-experiment' effect across the population. I.e., being in the experiment increased engagement*
2. Having chronofeed reduced meaningful engagement** by about 40% (coef=-5.2). We see similar drops in engagement for all metrics, though only Meaningful Engagement and Time Spent on App were significant.
3. Being primed with chrono feed had positive but not statistically significant results




*This result could be confounded with time. The experiment started on 3/16. If there was a global increase in engagement at this time (and to the best of our knowledge there isn't), the same effect would be detected. In future studies we'll consider a global holdout to avoid this confounding issue.
** All error bars here represent 99% confidence intervals. We chose a more conservative CI level to account for the multiple comparisons involved here.

4

# Do engagement findings hold true in the long term chrono holdout?

# Ranked Feed Delivers More Engaging Experience Across All Subgroups

- Ranked Feed delivers more engaging experiences not only to the average user, but also to users in all major user demographic subgroups, when compared to Reverse Chrono Feed.
- Additionally, Ranked Feed appears to deliver more experience improvement to some of the less advantaged subgroups, including users living in lower median income zip-codes and majority black zip-codes, who comparatively found their experience less engaging (i.e. lower subgourp Meaningful Engagement Score levels) in Reverse Chrono Feed.










50

# Ranked Feed Helps Users Across All Subgroups Reach Their Close Friends' Content

- Ranked Feed also made it easier for users across all subgroups to reach their Close Friends' content, and again, the improvement is bigger for some less advantaged subgroups, like users living in lower median income zip-codes and majority black zip-codes.
- We hypothesize that helping less advantaged users to find voices in their communities is the main driver for bigger experience improvements we observed among them, since Reverse Chrono Feed favors more resourceful content producers, who can post more frequently.









# Ranked Feed Delivers More Engaging Experience Across All Subgroups

- Ranked Feed delivers more engaging experiences not only to the average user, but also to users in all major user demographic subgroups, when compared to Reverse Chrono Feed.
- Additionally, Ranked Feed appears to deliver more experience improvement to some of the less advantaged subgroups, especially users living in lower median income zip-codes, who comparatively found their experience less engaging (i.e. lower subgourp Meaningful Engagement Score levels) in Reverse Chrono Feed.






# Ranked Feed Helps Users Across All Subgroups Reach Their Close Friends' Content

- Ranked Feed also made it easier for users across all subgroups to reach their Close Friends' content, and again, the improvement is bigger for some less advantaged subgroups, like users living in lower median income zip-codes.
- We hypothesize that helping less advantaged users to find voices in their communities is the main driver for bigger experience improvements we observed among them, since Reverse Chrono Feed favors more resourceful content producers, who can post more frequently.






# So what? Recommendations & next steps.

**All teams working on ranking or recommendations need to have transparency and control included in their strategy. Without these elements, perceptions of fairness along with trust will decrease.**

**Ranking perceptions are people's experience. We need to stop treating ranking metrics and people's perceptions as distinct measures.**

# Recommendation 1: Measurement

1. When we are looking at engagement metrics they should be be shown alongside with, or augmented with survey data that includes our community's perceptions of ranking. *QE and other log data metrics are only providing part of the story.*

2. We should develop a feed tracking survey which focuses on perceptions of ranking fairness & equity. This should include factors related to F&F, interests, and community.

## Recommendation 2: Ranking

1. **Ranking should be explicitly detailing what people are seeing, and why they are seeing it either through ranking's design or through sub-surfaces that give additional information about what people have seen or not seen on their feed.**

2. **In particular, ranking should consider communicating which friends and family posts people have seen or not seen. *Mistrust in how feed ranks friends and family content is a significant pain point that needs to be addressed.***

**Transparency, more transparency, and proactive communication about feed ranking is needed.**

# Recommendation 3: F&F Support

1. For all ranking surfaces we should communicate which F&F content people have seen or not seen. We need ways of communicating to our community we want them to see all their F&F content.

2. We should consider allowing our community to explicitly tell us who their friends & family are to ensure we give preference to these accounts on ranked surfaces. *Missing F&F content is a major issue which leads to mistrust Instagram, ranking in addition to feelings of inequity and unfairness.*

## Recommendation 2: Ranking Transparency & Control

1. For all ranked surfaces (e.g., feed, stories, reels) in-app education is needed providing high-level explanations about how ranking works, how it determines the rank of each post.

2. We should provide control(s) and explicit feedback mechanisms that allow people to give feedback that are then applied to ranking processes. This could be a negative signal such as “Not Interested”, or a positive signal such as “Show More”, but we need to give people a direct voice into ranking beyond the current implicit signals (e.g., linking, commenting)

## Recommendation 1: General Transparency

1. Instagram should explain, in-app and in colloquial language, how algorithmic decision making impacts their experience. We need to demystify all processes. External comms should be part of this process, but in addition to in-app education.

2. Specifically, we should should provide broad explanations on how Instagram and its algorithms use different information types in algorithmic decision making.

**We need to do more to support underserved ethnic and racial communities on feed, with a specific focus on women.**

## Recommendation 1: Transparency and Equity.

1. Perceptions of fairness and equity appear to be understood as distinct concepts to our community. As we continue work in the space of equity we must consider both perceptions and how product changes impact both independently.

2. This study provided limited directional signal on differences across race/ethnicity. In order to address the nuances of global community we need to unlock the ability to disaggregate analysis by individual level socio-demographic characteristics.

## Recommendation 2: Supporting Women

1. We need to provide women and underrepresented genders tools and resources to evaluate the fairness and equity of our systems. For instance, tools that detail reach in new ways, or who in an author's graph was online and could have seen what they shared could be developed.

2. We need to continue working ensure women and underrepresented communities are represented within ranked surfaces, that their community and voice are heard. *This may mean giving preference to their content to ensure the outcomes are equal between genders.*



# Appendix

# However, some people don’t realize Feed is ranked.

There is a disconnect between our internal knowledge of feed ranking, and how our community understands what they are seeing on their feed.

"Because of this mission, I was paying more attention to the order of posts; I noticed that it wasn't chronological like I thought, and instead accounts I've interacted with more seemed to appear first. I expect my feed to be in order of post recency, so preferring certain accounts is unfair" - David, adult, he/him, Ranking only group

**Although many of these findings found ranking to better support our community's than chrono, we still have work to do in understanding the fairness and equity of our ranking and integrity treatments.**